Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **King Mountain Tobacco Company, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3874581** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2000 Fort Simcoe Road**<br>**White Swan, WA 98952**<br>Number, Street, City, State & ZIP Code | **PO Box 422**<br>**White Swan, WA 98952-0422**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Yakima**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.kingmountaintobacco.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_ 3122 _

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 2 of 82

**11.** **Why is the case filed in** | *Check all that apply:*
**this district?**

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or** | ■ No
**have possession of any**
**real property or personal** | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No

- ☐ Yes. Insurance agency _____
         Contact name    _____
         Phone           _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of** | .   *Check one:*
**available funds**

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **King Mountain Tobacco Company, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 25, 2020**
                      MM / DD / YYYY

**X** **/s/ Truman J. Thompson**                              **Truman J. Thompson**
Signature of authorized representative of debtor             Printed name

Title   **Vice President and Chief Executive Officer**

---

**18. Signature of attorney**

**X** **/s/ James L. Day**                              Date   **September 25, 2020**
Signature of attorney for debtor                              MM / DD / YYYY

**James L. Day**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **(206) 292-2110**          Email address   **jday@bskd.com**

**WSBA 20474 WA**
Bar number and State

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 4 of 82

Fill in this information to identify the case:

Debtor name  **King Mountain Tobacco Company, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 25, 2020**        X **/s/ Truman J. Thompson**
                                               Signature of individual signing on behalf of debtor

                                            **Truman J. Thompson**
                                               Printed name

                                            **Vice President and Chief Executive Officer**
                                               Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **King Mountain Tobacco Company, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BIA/NIIMS**<br>**13922 Denver West Pkwy**<br>**Lakewood, CO 80401** | **Lance**<br><br>Fax: 509-877-3478<br>509-877-3155 | **Lease Expense** | | | | **$5,571.66** |
| **Cascade Valley Lube**<br>**2506 Main Street**<br>**Union Gap, WA 98903** | Uniongap.cascade valleylube@hotmail.com<br>509-453-4343 | **Automotive Services** | | | | **$78.69** |
| **Cintas Corp.**<br>**PO Box 650838**<br>**Dallas, TX 75265-0838** | Cintas_services@cintas.com | **Professional Services** | | | | **$239.95** |
| **Department of the Treasury**<br>**Tobacco Tax & Trade Bureau**<br>**550 Main Street, Suite 8002**<br>**Cincinnati, OH 45202-5215** | **Julie Ohradzansky**<br><br>julie.ohradzansky@ttb.gov<br>(513) 684-2373 | **Federal Excise Taxes - Alcohol and Tobacco Tax and Trade Bureau** | **Disputed** | | | **$75,467,193.24** |
| **Grease Heads Lube and Oil**<br>**310 South Elm Street**<br>**Toppenish, WA 98948** | Greaseheadsllc@outlook.com<br>509-865-7001 | **Automotive Services** | | | | **$189.10** |
| **Guardian Security**<br>**1743 First Avenue South**<br>**Seattle, WA 98134** | **Josh Anderson**<br><br>janderson@securitysecurity.com<br>509-453-4204 | **Monitoring Fees** | | | | **$21,225.50** |
| **H.B. Fuller**<br>**PO Box 842401**<br>**Boston, MA 02284-2401** | **Ana Pinto**<br><br>Fax: 651-355-9135<br>651-236-5948 | **Raw Materials** | | | | **$5,972.79** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Heritage Bank** PO Box 1578 Olympia, WA 98507 | **Terry Osman** Terry.Osman@HeritageBankNW.com 509-834-2704 | **SBA Paycheck Protection Program loan** | **Contingent** | | | **$814,447.00** |
| **Internal Revenue Service** P.O. Box 9941, Stop 6552 Ogden, UT 84409-0941 | (800) 829-0115 | **Federal Income Taxes, Federal Unemployment Taxes, FICA and Federal Withholdings, and Civil Penalties** | | | | **$483,527.08** |
| **ITC Services** 4172 N. Frontage Road E. Moses Lake, WA 98837 | 509-770-5039 | **Alfalfa Supplies** | | | | **$6,609.60** |
| **NC Filter Corporation** Attn: Bobby Johnson P.O. Box 498 Black Creek, NC 27813 | **Attn: Bobby Johnson** bjohnson@tobaccorag.com 252-237-8180 | **Raw Materials-Filters** | | | | **$99,818.93** |
| **Oak Harbor Freight Lines, Inc.** PO Box 1469 Auburn, WA 98071-1469 | AR@oakh.com (800) 858-8815 | **Shipping** | | | | **$4,533.10** |
| **Office Solutions Northwest Inc.** PO Box 125 Yakima, WA 98907 | alexm@whobest.com 509-453-7181 | **Office Supplies** | | | | **$100.97** |
| **Rehn & Associates** COBRA PO Box 5433 Spokane, WA 99205 | **Customer Service** rehn@rehnonline.com (509) 534-0600 | **Professional Services** | | | | **$25.00** |
| **State of Indiana** Office of the Attorney General 302 W. Washington St., 5th Fl. Indianapolis, IN 46204 | Fax: (317) 232-6201 Ph: (317) 232-7979 | **Settlement Agreement with State of Indiana re Case No. 49D10-1211-MI-044539, Marion County Superior Court** | | | | **$3,506,121.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State of South Carolina Office of the Attorney General P.O. Box 11549 Columbia, SC 29211-1549** | **Johnathan B. Williams**<br><br>**Fax: (803) 734-3677 Ph: (803) 734-3970** | **Settlement Agreement with State of South Carolina re Case No. 2011-CP-40-5065, Richland County Court of Common Pleas** | | | | **$2,520,567.98** |
| **U.S. Dep't of Agriculture 2323 E. Bannister Rd. Kansas City, MO 64131** | **(202) 720-2791** | **Interim Payment Plan Agreement re Judgment in U.S. District Court, E.D. Wash.** | | | | **$5,614,567.20** |
| **U.S. Food and Drug Administration P.O. Box 979107 Saint Louis, MO 63197-9000** | **ctpexecsec@fda.h hs.gov (877) 287-1373** | **Repayment Agreement re Tobacco User Fees** | | | | **$2,944,907.48** |
| **Yakama Nation PO Box 151 Toppenish, WA 98948** | **Lydia Bitsol**<br><br>**lydia_bitsoi@yaka ma.com 509-865-5121** | **Tax Stamps** | | | | **$67,500.00** |
| **Yakama Nation Land Enterprise 282 Buster Road Toppenish, WA 98948** | **Kristin Sampson**<br><br>**Kristin@ynle.com (509) 865-5121** | **Lease Expense** | | | | **$176,659.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor name **King Mountain Tobacco Company, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ 198,333.33

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ 28,388,045.66

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ 28,586,378.99

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................... $ 69,329.21

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................. +$ 92,356,000.30

4. **Total liabilities** ...............................................................................
   Lines 2 + 3a + 3b        $ 92,425,329.51

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 9 of 82

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.     **Cash on hand** | **$250.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Heritage Bank**<br>**Attn: Terry Osman**<br>**2205 S 1st Street**<br>**Yakima, WA 98903** | **Checking Account** | **2367** | **$561,872.48** |
| 3.2. | **Truist Bank (Was BB&T)**<br>**Attn: Susan Fairhurst**<br>**223 West Nash Street**<br>**Wilson, NC 27894** | **Checking Account** | **0010** | **$1,017,560.94** |
| 3.3. | **Heritage Bank**<br>**Attn: Terry Osman**<br>**2205 S 1st Street**<br>**Yakima, WA 98903** | **EFT Account** | **2383** | **$0.00** |
| 3.4. | **Heritage Bank**<br>**Attn: Terry Osman**<br>**2205 S 1st Street**<br>**Yakima, WA 98903** | **Wire Account** | **2408** | **$0.00** |

20-01808-WLH11   Doc 1   Filed 09/25/20   Entered 09/25/20 16:56:39   Pg 10 of 82

| | | |
|---|---|---|
| 3.5. | **Truist Bank (Was BB&T)**<br>**Attn: Susan Fairhurst**<br>**223 West Nash Street**<br>**Wilson, NC 27894** | **Escrow Accounts for**<br>**Qualified Settlement**<br>**Funds 26 CFR §**<br>**1.468B-1: See Attached** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                              | **$1,579,683.42** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| 8.1. | **James River Insurance Company**<br>**6641 West Broad Street, Suite 300**<br>**Richmond, VA 23230**<br>**Policy Nos. 00039025-10 & 00039026-10** | **$7,350.52** |

| 8.2. | **IronShore Indemnity Inc.**<br>**175 Berkeley Street**<br>**Boston, MA 02116**<br>**Policy No. 004253300** | **$5,278.00** |

| 8.3. | **RSUI Group, Inc.**<br>**945 East Paces Ferry Rd.**<br>**Suite 1800**<br>**Atlanta, GA 30326-1160**<br>**Policy Nos. PP684340 & HS684355** | **$10,122.51** |

| 8.4. | **Lloyd's America, Inc.**<br>**280 Park Avenue**<br>**East Tower, 25th Floor**<br>**New York, NY 10017**<br>**UMR No. B1230AP06454A19** | **$80,588.00** |

| 8.5. | **Arch Specialty Insurance Co.**<br>**2345 Grand Blvd., Suite 900**<br>**Kansas City, MO 64108**<br>**Policy No. ESP1001308-00** | **$25,950.42** |

| 8.6. | **Homeland Insurance Company of New York**<br>**1000 Woodbury Road, Suite 403**<br>**Woodbury, NY 11797**<br>**Policy No. 795-01-10-88-0000** | **$14,464.17** |

| 8.7. | **Bush Kornfeld LLP**<br>**601 Union Street, Suite 5000** | **$163,427.56** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 11 of 82

     **Seattle, WA 98101-2373**

| | | |
|---|---|---|
| 8.8. | **Northen Blue LLP**<br>**1414 Raleigh Road, Suite 435**<br>**Chapel Hill, NC 27517** | **$50,000.00** |
| 8.9. | **Troutman Pepper LLP**<br>**Troutman Sanders Building**<br>**1001 Haxall Point**<br>**Richmond, VA 23219** | **$100,000.00** |
| 8.10 . | **Baker & Hostetler LLP**<br>**1005 Connecticut Avenue NW**<br>**Suite 100**<br>**Washington, DC 20036** | **$300,000.00** |

9.    **Total of Part 2.**

     Add lines 7 through 8. Copy the total to line 81.      | **$757,181.18** |

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **1,665,367.62** | - | **0.00** | = .... | **$1,665,367.62** |
| 11a. 90 days old or less: | **1,150.00** | - | **0.00** | = .... | **$1,150.00** |
| 11b. Over 90 days old: | **4,245,580.95** | - | **0.00** | =.... | **$4,245,580.95** |
| 11b. Over 90 days old: | **1,521,198.38** | - | **0.00** | =.... | **$1,521,198.38** |
| 11b. Over 90 days old: | **249,999.72** | - | **0.00** | =.... | **$249,999.72** |
| 11b. Over 90 days old: | **282,993.20** | - | **0.00** | =.... | **$282,993.20** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 11b. Over 90 days old: | **116,705.10** | - | **116,705.10** | =.... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **66,917.77** | - | **0.00** | =.... | **$66,917.77** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **1,968,337.14** | - | **0.00** | =.... | **$1,968,337.14** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **4,760,351.18** | - | **0.00** | =.... | **$4,760,351.18** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | **$14,761,895.96** |

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                      % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1. | **Tobacco Bond, Dep't of the Treasury, Alcohol and Tobacco Tax and Trade Bureau; United States Fire Insurance Company, Bond No. 615989183** | **Bond Amount** | **$250,000.00** |

| 16.2. | **WA Deferred Wholesale Cigarette Bond; United States Fire Insurance Company, Bond No. 615989184** | **Bond Amount** | **$100,000.00** |

| 16.3. | **WA Deferred Wholesale Cigarette Bond; United States Fire Insurance Company, Bond No. 615989185** | **Bond Amount** | **$5,000.00** |

| 16.4. | **North Dakota Tobacco Distributor; United States Fire Insurance Company, Bond No. 615989366** | **Bond Amount** | **$1,000.00** |

| 16.5. | **Kentucky Non-Participating MFG Bond; United States Fire Insurance Company, Bond No. 615989073** | **Bond Amount** | **$170,000.00** |

| | | |
|---|---|---|
| 16.6. | **Nonparticipating Manufacturer Surety Bond (NV); United States Fire Insurance Company, Bond No. 615989278** | Bond Amount    $50,000.00 |
| 16.7. | **Non-Participating Tobacco MFS Corporate Surety Bond (NM); United States Fire Insurance Company, Bond No. 615988958** | Bond Amount    $78,000.00 |
| 16.8. | **Oregon Non-Participating MFG Bond; United States Fire Insurance Company, Bond No. 615245175** | Bond Amount    $75,000.00 |
| 16.9. | **Non-Participating Tobacco Manufacturer Surety Bond (VA); United States Fire Insurance Company, Bond No. 615988959** | Bond Amount    $50,000.00 |

17.    **Total of Part 4.**                               $779,000.00

      Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Tobacco Inventory** | **8/31/2020** | **$1,757,593.97** | **Actual Cost** | **$1,757,593.97** |
| 20. | **Work in progress** **Processed Tobacco Inventory** | **8/31/2020** | **$111,107.18** | **Actual Cost** | **$111,107.18** |
| 21. | **Finished goods, including goods held for resale** **Cigarette Inventory** | **8/31/2020** | **$1,423,046.88** | **Actual Cost** | **$1,423,046.88** |
| | **Roll-Your-Own (RYO)** **Inventory** | **8/31/2020** | **$2,021.75** | **Actual Cost** | **$2,021.75** |
| 22. | **Other inventory or supplies** **Packing/Supplies Inventory** | **8/31/2020** | **$463,361.62** | **Actual Cost** | **$463,361.62** |

23.    **Total of Part 5.**                               $3,757,131.40

      Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 14 of 82

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* Equipment (farming): See Attached List | $105,407.92 | Debtor Estimate | $1,210,101.38 |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** Greenhouses | $328,743.88 | Debtor Estimate | $548,278.58 |
| Burley Barns | $434,008.39 | Debtor Estimate | $463,817.60 |
| Kilns | $747,111.17 | Debtor Estimate | $872,029.16 |
| Other Improvements (farming): See Attached List | $254,175.15 | Debtor Estimate | $369,081.49 |
| Irrigation Systems | $720,824.71 | Debtor Estimate | $1,240,397.08 |

33. **Total of Part 6.**                                  $4,703,705.29
Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
■ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office Furniture and Fixtures | $0.00 | Debtor Estimate | $19,733.10 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers and Software | $0.00 | Debtor Estimate | $6,650.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

|  | $26,383.10 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2007 Dodge Ram 3500 | $0.00 | Blue Book | $8,867.00 |
| 47.2. 2008 Dodge Ram 3500 | $0.00 | Blue Book | $11,161.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 47.3. | 2012 Dodge 4500 | $0.00 | Blue Book | $12,955.00 |
| 47.4. | 2018 Dodge Ram 1500 | $25,902.70 | Blue Book | $27,656.00 |
| 47.5. | 2020 Dodge Ram, VIN xxx4336 | $54,133.33 | Blue Book | $44,114.00 |
| 47.6. | 2020 Dodge Ram, VIN xxx9873 | $47,154.80 | Blue Book | $40,027.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Duel Fuel Steam Boiler System | $277,296.81 | Debtor Estimate | $280,412.50 |
| Equipment (non-farming): See Attached List | $157,930.86 | Debtor Estimate | $519,842.92 |
| Construction in Progress: Filter machine for manufacture of cigarette filters (pending FDA approval). | $264,436.88 | Actual Cost | $264,436.88 |
| Cigarette Maker & Packer Nano-S | $813,593.01 | Net Book | $813,593.01 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| $2,023,065.31 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| 55.1. | **Land Improvements: Asphalt Paving (Aug. 2020)** | Leasehold Interest | $198,333.33 | Net Book | $198,333.33 |
|---|---|---|---|---|---|
| 55.2. | **Real Property Leases: See Attached List** | Leasehold Interest | $0.00 | | Unknown |

56.    **Total of Part 9.**

$198,333.33

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** **Trademarks, Copyrights and Patents: See Attached List** | $0.00 | | Unknown |
| **Brand Labels: See Attached List** | $0.00 | | Unknown |
| 61.    **Internet domain names and websites** **Internet domain and website: www.kingmountaintobacco.com** | $0.00 | | Unknown |
| **Internet domain and website: www.trykingmountaintobacco.com** | $0.00 | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** **Customer List** | $0.00 | | Unknown |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                    | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                               **Current value of
                                                                               debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**
       **King Mountain Tobacco Company, Inc. v. Kamiakin
       Wheeler, Kanim James, and Lone Warrior Holdings, Inc.
       Yakima County Superior Court, Case No. 19-2-04309-39**                  **Unknown**

       Nature of claim        **Complaint for damages,
                              injunctive relief, return of
                              property, and restitution**

       Amount requested              **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                   | $0.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,579,683.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $757,181.18 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $14,761,895.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $779,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,757,131.40 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $4,703,705.29 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $26,383.10 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,023,065.31 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..............................> | | $198,333.33 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $28,388,045.66 | + 91b. $198,333.33 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $28,586,378.99 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

# In re:  King Mountain Tobacco Company, Inc.

**Attachment to Schedule A/B:  Question #3**

**Truist Bank (formerly BB&T) Escrow Accounts for Tobacco Settlement**

| State | Account No. (last 4 digits) | Balance |
|---|---|---|
| Alabama | 0029 | $742.89 |
| California | 0047 | $215.47 |
| Colorado | 0056 | $126.20 |
| Connecticut | 0261 | $5,248.44 |
| Georgia | 0065 | $1,004,886.14 |
| Idaho | 0074 | $2,035,077.92 |
| Indiana | 0083 | $4,217,901.84 |
| Kansas | 0092 | $279,642.10 |
| Kentucky | 0109 | $14,379,787.98 |
| Montana | 0118 | $3,447,752.26 |
| North Carolina | 0154 | $14,541,058.45 |
| North Dakota | 0243 | $8,051.89 |
| New Hampshire | 0136 | $31.81 |
| New Mexico | 0145 | $255,492.10 |
| Nevada | 0127 | $201,501.09 |
| Oregon | 0163 | $870,141.73 |
| Pennsylvania | 0172 | $109.74 |
| South Carolina | 0181 | $5,191,185.60 |
| Commonwealth of Virginia | 0234 | $35,870.30 |
| Washington | 0190 | $5,295,992.31 |
| Wyoming | 0207 | $610.45 |
| **Total** | | **$51,771,426.71** |

di22fe012c

# In re:  King Mountain Tobacco Company, Inc.

## Attachment to Schedule A/B:  Question #30-Farm Machinery and Equipment

di22qf014x

Schedule A/B, Question # 30-Farm Machinery &  Equipment

2 FORKLIFTS - #2 WHSE
Seeder Line
4 row soil conditioner and drip layer
364 plastic bins
4 row finger transplantor
4 bale box
Float Trays
Propane Tanks
256 Macro Bins
4 row transplanter
Harvester Model 50 RL
Harvester Model 50 RL
2 leaf removers
6 trailers
Swather  (BJ Heintzman)
Komatsu Forklift
2 Disc Header
Case IH 315 Cab MFD Tractor
Auto Seeder Line
Equipment (BJ Heintzman
Seeder Line
Tobacco Transplanter
3 Odering Carts-Standard No Timer
14 ft Northwest Tiller
2013 Miller Nitro Sprayer
Krone 1290 Baler
Farming Equipment (BJ Heintzman
Pelletizer
Mower
Rock Rake
RTK Base and Cable
Case Tractor
John Deer 6140D
30' Hay Rake
Krone 1290 HS STD Baler
Hay Rake
Case 2303 Windrow Tracto
IH 110 A Tractor
IH 110 A Tractor
Fork & FM 1000
Snow Plow
Greenhouse Trays
2 Trailers
Equipment for farm
Dammerdiker
Twin Star Rake #157175
Roller - RDO Equip
2017 Lemken Ruben 12
2017 Harvest Tek Hay Sensor
2017 Harvest Tek Hay Sensor
Trailer Station
Trailer Station

# In re:  King Mountain Tobacco Company, Inc.

## Attachment to Schedule A/B:  Question #32-Other Farm Related Property

di22qf014x

Sch A/B, Question #32-Other Farm Related Property

Fencing at Farm Shop
Level Ground for Barns
Power Setup-W Wapato & Shields
Power Setup Shields & W Wapato
Power Setup-NS W Wapato W/O Shields Rd
Concrete Pads
Power set up for 16 Kilns & 20 Burley Barns
Wiring 16 kilns & 16 greenhouses
Leaf Loading/Bailing System
Barns for Farming
Pump & Electrical for Linear

# In re:  King Mountain Tobacco Company, Inc.

## Attachment to Schedule A/B:  Question #50-Equipment Non-Farming

di22qf014x

Schedule A/B, Question 50- Equipment-Non Farming

SECURITY SYSTEM
TOYOTA FORKLIFT-USED
W/MONITORS (3) PC-151
W/MONITORS
COMPUTER NETWORK
HYTROL CONVEYOR
NORTHFACE TOBACCO M
FLOOR SCRUBBER
POWER LIFT STOCKER
TROLLEYS
PRODUCTION TRAYS
DUST COLLECTION SYS #2
USED FORK LIFT 7FGU25
AIR COMPRESSOR
DUST COLLECTION SYS #4
DUST COLLECTION SYS #3
DWN PYMT LARGE AIR CO
R E D STAMP MACHINE
SERVER & ADDTL COMP H
BATTERY RECHARGER
PHONE SYSTEM ADDTN
LRG POSTER PRNTR
BIND & LAMINATE MACH
RECLAIMER
2 Forklifts
Toyota Forklift
50 HP Compressor
Komatsu Forklift
Forklift
Forklift
Spare Parts-Maker&Packe
Dust Collector
QBSI Xerox Copy Machine
Phone & Fax Install
Barcodes Inc
Building Security
Sodim Korber Quality Con

# In re:  King Mountain Tobacco Company, Inc.

## Attachment to Schedule A/B:  Question #55-Real Property Leases

di25c9019c

The Debtor is the lessee of the following real property plots. The Debtor leases the below-listed plots from Trina A. Wheeler, its 100% owner. The terms of the leases are year-to-year, and the leases automatically renew each January.

**Plot No.**

| | | |
|---|---|---|
| 62B | 2173 | 2783 |
| 63A | 2174 | 2797 |
| 122 | 2358 | 2798 |
| 124 | 2516 | 2922A |
| 128 | 2517 | 3104 |
| 129 | 2518 | 3165 |
| 506 | 2527B | 3167 |
| 533 | 2528 | 3182 |
| 534 | 2530 | 3189A |
| 539 | 2531 | 3240 |
| 540 | 2532 | 3459A |
| 667 | 2533B | 5016 |
| 674 | 2534 | 5031 |
| 715 | 2544A | 5072 |
| 862 | 2576 | 5188 |
| 863 | 2578 | 5482 |
| 985 | 2580A | 5499 |
| 986 | 2596A | Tribal |
| 998.5 | 2597 | 535A |
| 1073 | 2602A | 1693A |
| 1074 | 2617A | 1917B |
| 1419A | 2619A | 1929A |
| 1477 | 2621 | 2750A |
| 1478 | 2622 | 2762 |
| 1633 | 2640 | 2763A |
| 1634 | 2663 | |
| 1644 | 2684 | |
| 1645 | 2700 | |
| 1646 | 2703 | |
| 1759 | 2713 | |
| 1782 | 2714 | |
| 1783 | 2752 | |
| 1784 | 2756 | |
| 1832 | 2759A | |
| 1854 | 2762 | |
| 1942 | 2763A | |
| 2172 | 2782 | |

di25ce01pb

# In re:  King Mountain Tobacco Company, Inc.

## Attachment to Schedule A/B:  Question #60-Brand Labels

di22qf014x

| | | |
|---|---|---|
| King Mountain Tobacco Company, Inc. | SE0002636 | King Mountain Red RYO 6oz |
| King Mountain Tobacco Company, Inc. | SE0002637 | King Mountain Red RYO, 16oz |
| King Mountain Tobacco Company, Inc. | SE0002638 | King Mountain Gold RYO, 6oz |
| King Mountain Tobacco Company, Inc. | SE0002639 | King Mountain Gold RYO, 16oz |
| King Mountain Tobacco Company, Inc. | SE0002640 | King Mountain Menthol RYO, 6oz |
| King Mountain Tobacco Company, Inc. | SE0002641 | King Mountain Menthol RYO, 16oz |
| King Mountain Tobacco Company, Inc. | SE0002642 | King Mountain Red Kings |
| King Mountain Tobacco Company, Inc. | SE0003696 | King Mountain Gold Kings |
| King Mountain Tobacco Company, Inc. | SE0003697 | King Mountain Menthol Kings |
| King Mountain Tobacco Company, Inc. | SE0003698 | King Mountain Blue Kings |
| King Mountain Tobacco Company, Inc. | SE0003699 | King Mountain Menthol Gold Kings |
| King Mountain Tobacco Company, Inc. | SE0003700 | King Mountain Red 100s |
| King Mountain Tobacco Company, Inc. | SE0003701 | King Mountain Gold 100s |
| King Mountain Tobacco Company, Inc. | SE0003702 | King Mountain Menthol 100s |
| King Mountain Tobacco Company, Inc. | SE0003703 | King Mountain Blue 100s |
| King Mountain Tobacco Company, Inc. | SE0003704 | King Mountain Menthol Gold 100s |

# In re:  King Mountain Tobacco Company, Inc.

## Attachment to Schedule A/B:  Question #60-Trademarks, Copyrights and Patents

di24pn0177

| TM Record | Mark/Name | Status/Status Date | App. No./Reg. No. | Full Goods/Services | Owner Information |
|---|---|---|---|---|---|
| US Federal Q4 uf 1 | 8 and Design  | Pending - Initialized June 26, 2020 | SN: 90015670 | (Int'l Class: 34) Tobacco; pipe tobacco; tobacco pouches; smoking tobacco; smokeless tobacco; chewing tobacco; leaf tobacco; flavored tobacco; cigarettes | King Mountain Tobacco Company, Inc. (United States Federally-Recognized Indian Tribe) 2000 Fort Simcoe Road White Swan Washington 98952 |
| US Federal Q4 uf 2 | 81 | Pending - Initialized June 26, 2020 | SN: 90015675 | (Int'l Class: 34) Tobacco; pipe tobacco; tobacco pouches; smoking tobacco; smokeless tobacco; chewing tobacco; leaf tobacco; flavored tobacco; cigarettes | King Mountain Tobacco Company, Inc. (United States Federally-Recognized Indian Tribe) 2000 Fort Simcoe Road White Swan Washington 98952 |
| US Federal Q4 uf 3 | EIGHTY-ONE | Pending - Initialized June 26, 2020 | SN: 90015677 | (Int'l Class: 34) Tobacco; pipe tobacco; tobacco pouches; smoking tobacco; smokeless tobacco; chewing tobacco; leaf tobacco; flavored tobacco; cigarettes | King Mountain Tobacco Company, Inc. (United States Federally-Recognized Indian Tribe) 2000 Fort Simcoe Road White Swan Washington 98952 |
| US Federal Q4 uf 4 | KING MOUNTAIN | Registered September 1, 2015 | RN: 4802785 SN: 86476073 | (Int'l Class: 34) cigarettes | King Mountain Tobacco Company, Inc. (United States a Tribal Corporation Organized Under the Laws of the Yakama Nation, a Federally Recognized Indian Tribe Organized Under the Laws and Treaties of the United States.) |

20-01808-WLH11   Doc 1   Filed 09/25/20   Entered 09/25/20 16:56:39   Pg 34 of

20-01808-WLH11  Doc 1  Filed 09/25/20  Entered 09/25/20 16:56:39  Pg 35 of

| TM Record | Mark/Name | Status/Status Date | App. No./Reg. No. | Full Goods/Services | Owner Information |
|---|---|---|---|---|---|
| | | | | | 2000 Fort Simcoe Road White Swan Washington 98952 |
| US Federal Q4 uf 5 | KING MOUNTAIN | Cancelled - Sec. 8 July 18, 2014 | RN: 3352436 SN: 78956731 | (Int'l Class: 34) cigarettes | King Mountain Tobacco Company, Inc. (United States Tribal Corporation of the Yakama Nation) 2000 Fort Simcoe Road White Swan Washington 98952 |
| US Federal Q4 uf 6 | KING MOUNTAIN PREMIUM BLEND FULL FLAVOR- WHERE QUALITY REACHES ROYAL STANDARDS and Design  | Renewed December 9, 2018 | RN: 3544264 SN: 77137007 | (Int'l Class: 34) cigarettes | King Mountain Tobacco Company, Inc. (United States Tribal Corporation Organized Under the Laws of the Yakama Nation, a Federally Recognized Indian Tribe Organized Under the Laws and Treaties of the United States) 2000 Fort Simcoe Road White Swan Washington 98952 |
| US Federal Q4 uf 7 | MOUNTAIN and Design  | Abandoned - Failure to Respond April 13, 2005 | SN: 78373524 | (Int'l Class: 34) cigarettes | Wheeler, Delbert L., Sr. (United States Citizen) 1200 North White Swan Road White Swan Washington 989520237 |

# PATENTS

| **_Blend ID#_** | **_Type of Blend_** |
| --- | --- |
| WF-1 | Cigarette Blend |
| WF1KMT | Cigarette Blend |
| WF1AOI | Cigarette Blend |

| **_Blend ID#_** | **_Type of Blend_** |
| --- | --- |
| WF-2F | Roll Your Own (Red 6 & 16oz. Bags) |
| WF-2FM | Roll Your Own (Menthol 6 & 16oz. Bags) |
| WF-2L | Roll Your Own (Gold 6 & 16oz. Bags) |
| WF-2UL | Roll Your Own (Blue 6 & 16oz. Bags) |

Fill in this information to identify the case:

Debtor name __**King Mountain Tobacco Company, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF WASHINGTON__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 37 of 82

Debtor name **King Mountain Tobacco Company, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 9941, Stop 6552**<br>**Ogden, UT 84409-0941** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$69,329.21** | **$69,329.21** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017-2018** | Basis for the claim:<br>**Federal Income Taxes and Federal Unemployment Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Advanced Auto Parts**<br>**717 W 1st Street**<br>**Wapato, WA 98951** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0087** | Basis for the claim:  **Automotive Parts**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Alliance One Specialty Prods., LLC**<br>**PO Box 1929**<br>**Wilson, NC 27894-1929** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **9419** | Basis for the claim:  **Processed Tobacco**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Aramark Uniform Services**<br>**PO Box 101179**<br>**Aus West Lockbox**<br>**Pasadena, CA 91189-0005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Professional Services** | |
| | Last 4 digits of account number **3368** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,571.66 |
| --- | --- | --- | --- |
| | **BIA/NIIMS**<br>**13922 Denver West Pkwy**<br>**Lakewood, CO 80401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Lease Expense** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Burrows Tractor, Inc.**<br>**Attn: Angie Deaton**<br>**1308 E. Mead Avenue**<br>**Union Gap, WA 98903-3709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Equipment Parts** | |
| | Last 4 digits of account number **1893** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $78.69 |
| --- | --- | --- | --- |
| | **Cascade Valley Lube**<br>**2506 Main Street**<br>**Union Gap, WA 98903** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Automotive Services** | |
| | Last 4 digits of account number **5487** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **CBIT**<br>**Attn: Justin Benoit**<br>**PO Box 5277**<br>**Pasco, WA 99302-5201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **IT Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Central Machinery Sales Inc.**<br>**PO Box 1217**<br>**Moses Lake, WA 98837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Equipment Parts** | |
| | Last 4 digits of account number **WHEFAR** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $239.95 |
| --- | --- | --- | --- |
| | **Cintas Corp.**<br>**PO Box 650838**<br>**Dallas, TX 75265-0838** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Professional Services** | |
| | Last 4 digits of account number **4857** | Is the claim subject to offset? ■ No ☐ Yes | |

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 39 of 82

| Debtor | **King Mountain Tobacco Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.10**

Nonpriority creditor's name and mailing address
**City of New York**
Attn: Michael A. Cardozo
100 Church St., Room 20-99
New York, NY 10007

Date(s) debt was incurred _

Last 4 digits of account number **3LDW**

As of the petition filing date, the claim is: Check all that apply. **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Case No. 12-cv-06276-JS-SIL, U.S. District Court, E.D.N.Y.:pending civil action for injunctive relief, civil penalties, damages and attorney's fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11**

Nonpriority creditor's name and mailing address
**Coastal Farm & Home Supply**
PO Box 99
Albany, OR 97321

Date(s) debt was incurred _

Last 4 digits of account number **6997**

As of the petition filing date, the claim is: Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment Parts**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12**

Nonpriority creditor's name and mailing address
**Colorado Attorney General Office**
1300 Broadway, 8th Floor
Denver, CO 80202

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13**

Nonpriority creditor's name and mailing address
**Commercial Tire, Inc.**
PO Box 970
Meridian, ID 83680

Date(s) debt was incurred _

Last 4 digits of account number **5102**

As of the petition filing date, the claim is: Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Automotive Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14**

Nonpriority creditor's name and mailing address
**Department of the Treasury**
Tobacco Tax & Trade Bureau
550 Main Street, Suite 8002
Cincinnati, OH 45202-5215

Date(s) debt was incurred **9/01/2009 - 3/31/2013**

Last 4 digits of account number **0300**

As of the petition filing date, the claim is: Check all that apply. **$75,467,193.24**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Federal Excise Taxes - Alcohol and Tobacco Tax and Trade Bureau**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15**

Nonpriority creditor's name and mailing address
**Fastenal**
PO Box 978
Winona, MN 55987

Date(s) debt was incurred _

Last 4 digits of account number **1089**

As of the petition filing date, the claim is: Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warehouse Parts**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16**

Nonpriority creditor's name and mailing address
**Grainger Inc.**
PO Box 419267
Kansas City, MO 64141-6267

Date(s) debt was incurred _

Last 4 digits of account number **3712**

As of the petition filing date, the claim is: Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment Parts**

Is the claim subject to offset? ☑ No ☐ Yes

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 40 of 82

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.10 |
|---|---|---|---|

**Grease Heads Lube and Oil**
310 South Elm Street
Toppenish, WA 98948

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Automotive Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,225.50 |
|---|---|---|---|

**Guardian Security**
1743 First Avenue South
Seattle, WA 98134

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0569**

Basis for the claim:  **Monitoring Fees**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,972.79 |
|---|---|---|---|

**H.B. Fuller**
PO Box 842401
Boston, MA 02284-2401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1831**

Basis for the claim:  **Raw Materials**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $814,447.00 |
|---|---|---|---|

**Heritage Bank**
PO Box 1578
Olympia, WA 98507

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **4/20/2020**

Last 4 digits of account number  **2367**

Basis for the claim:  **SBA Paycheck Protection Program loan**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Husch & Husch, Inc.**
PO Box 160
Harrah, WA 98933

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2025**

Basis for the claim:  **Agriculture Spray**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Idaho Attorney General's Office**
**Consumer Protection Unit**
P.O. Box 83720
Boise, ID 83720-0010

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ideal Lumber & Hardware Inc**
PO Box 249
Toppenish, WA 98948

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5921**

Basis for the claim:  **Warehouse Parts**

Is the claim subject to offset? ☒ No ☐ Yes

---

20-01808-WLH11   Doc 1   Filed 09/25/20   Entered 09/25/20 16:56:39   Pg 41 of 82

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$483,527.08** |
|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 9941, Stop 6552**
**Ogden, UT 84409-0941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011-2016**

Basis for the claim: **Federal Income Taxes, Federal Unemployment Taxes, FICA and Federal Withholdings, and Civil Penalties**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,609.60** |
|---|---|---|---|

**ITC Services**
**4172 N. Frontage Road E.**
**Moses Lake, WA 98837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Alfalfa Supplies**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**John Deere Financial**
**PO Box 4450**
**Carol Stream, IL 60197-4450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Tractor Lease**

Last 4 digits of account number  **0000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kentucky Attorney General's Office**
**Tobacco Litigation**
**State Capitol Room 116**
**Frankfort, KY 40601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Lad Irrigation Company**
**P.O. Box 880**
**Moses Lake, WA 98837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Irrigation Parts**

Last 4 digits of account number  **3365**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Les Schwab Tire Center**
**PO Box 9277**
**Yakima, WA 98909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Automotive Services**

Last 4 digits of account number  **0932**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Lincoln Financial Group**
**Box 0821**
**Carol Stream, IL 60132-0821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: **Dental Insurance**

Last 4 digits of account number  **2418**

Is the claim subject to offset? ■ No ☐ Yes

20-01808-WLH11   Doc 1   Filed 09/25/20   Entered 09/25/20 16:56:39   Pg 42 of 82

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Montana Attorney General's Office**
**Dept. of Justice Tobacco Program**
P.O. Box 200151
Helena, MT 59620-0151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mortons Supply Inc.**
1724 S First St
Yakima, WA 98901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Farm Spray**

Last 4 digits of account number  **4032**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mutual of Omaha Inc.**
**Attn:  Elissa Stark**
PO Box 2147
Omaha, NE 68103-2147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Life Insurance**

Last 4 digits of account number  **AB9X**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,818.93 |
|---|---|---|---|

**NC Filter Corporation**
**Attn:  Bobby Johnson**
P.O. Box 498
Black Creek, NC 27813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Raw Materials-Filters**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NC Machinery Inc.**
PO Box 58201
Tukwila, WA 98138-1201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Equipment Parts**

Last 4 digits of account number  **5500**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nevada Attorney General's Office**
**Attn: Tobacco Enforcement Unit**
5420 Kietzke Lane, Suite 2020
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**New Mexico Atty General's Office**
P.O. Drawer 1508
Santa Fe, NM 87504-1508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.38** Nonpriority creditor's name and mailing address
**North Carolina Atty Gen's Office**
**Special Lit. Section-Tobacco Unit**
**P.O. Box 629**
**Raleigh, NC 27602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address
**North Dakota Atty General's Office**
**500 N. 9th Street**
**Bismarck, ND 58501-4509**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address
**Oak Harbor Freight Lines, Inc.**
**PO Box 1469**
**Auburn, WA 98071-1469**

Date(s) debt was incurred _

Last 4 digits of account number **9445**

As of the petition filing date, the claim is: *Check all that apply.*    **$4,533.10**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address
**Office Solutions Northwest Inc.**
**PO Box 125**
**Yakima, WA 98907**

Date(s) debt was incurred _

Last 4 digits of account number **1492**

As of the petition filing date, the claim is: *Check all that apply.*    **$100.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Office Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address
**Oregon Attorney General's Office**
**Dept. of Justice-Tobacco Enforcemen**
**1162 Court Street NE**
**Salem, OR 97301-4096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address
**Pacific Power**
**PO Box 26000**
**Portland, OR 97256-0001**

Date(s) debt was incurred _

Last 4 digits of account number **0014**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Electricity**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address
**Pepsi**
**PO Box 111**
**Yakima, WA 98907**

Date(s) debt was incurred _

Last 4 digits of account number **5385**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Office Supplies**

Is the claim subject to offset? ■ No ☐ Yes

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 44 of 82

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pitney Bowes Monthly Fee**
PO Box 371887
Pittsburgh, PA 15250-7887

Date(s) debt was incurred _

Last 4 digits of account number **8826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Postage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Premera Blue Cross**
PO. Box 6
Mukilteo, WA 09827-5006

Date(s) debt was incurred _

Last 4 digits of account number **0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Health Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QBSI-Xerox**
PO BOX 936793
Atlanta, GA 31193-6793

Date(s) debt was incurred _

Last 4 digits of account number **2882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Rehn & Associates COBRA**
PO Box 5433
Spokane, WA 99205

Date(s) debt was incurred _

Last 4 digits of account number **9902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,206.34 |
|---|---|---|---|

**Smoke-N-Gas**
7453 Sunnyside Mabton Road
Mabton, WA 98935

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Overpayment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stach Steel Supply**
3070 Harrah Rd
Harrah, WA 98933

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State of California**
**Office of the Attorney General**
1300 "I" Street
Sacramento, CA 95814-2919

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 45 of 82

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,506,121.00** |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------------------|

**3.52** Nonpriority creditor's name and mailing address

**State of Indiana**
**Office of the Attorney General**
302 W. Washington St., 5th Fl.
Indianapolis, IN 46204

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$3,506,121.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement Agreement with State of Indiana re Case No. 49D10-1211-MI-044539, Marion County Superior Court**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

**State of South Carolina**
**Office of the Attorney General**
P.O. Box 11549
Columbia, SC 29211-1549

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$2,520,567.98**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement Agreement with State of South Carolina re Case No. 2011-CP-40-5065, Richland County Court of Common Pleas**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

**Sunnyside New Holland**
PO Box 1580
Sunnyside, WA 98944

Date(s) debt was incurred _

Last 4 digits of account number  **9785**

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tractor Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

**Tacoma Screw Product, Inc.**
PO Box 35165
Seattle, WA 98124-5165

Date(s) debt was incurred _

Last 4 digits of account number  **3659**

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

**U.S. Dep't of Agriculture**
2323 E. Bannister Rd.
Kansas City, MO 64131

Date(s) debt was incurred _

Last 4 digits of account number  **6374**

As of the petition filing date, the claim is: *Check all that apply.*   **$5,614,567.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Interim Payment Plan Agreement re Judgment in U.S. District Court, E.D. Wash.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** Nonpriority creditor's name and mailing address

**U.S. Food and Drug Administration**
P.O. Box 979107
Saint Louis, MO 63197-9000

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$2,944,907.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repayment Agreement re Tobacco User Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

**Valley Septic Service**
PO Box 10115
Yakima, WA 98909-1115

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 46 of 82

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Verizon Wireless**
PO Box 660108
Dallas, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

Basis for the claim:  **Wireless Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Virginia Attorney General's Office**
2020 North 9th Street
Richmond, VA 23219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Vision Service Plan-(WA)**
Box 742430
Los Angeles, CA 90074-2430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2746**

Basis for the claim:  **Vision Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WA Attorney General's Office**
P.O. Box 40123
Olympia, WA 98504-0123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Washington Tractor**
2700 136th Ave. Ct E
Sumner, WA 98390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7723**

Basis for the claim:  **Tractor Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $584,136.57 |

**Wheeler Kountry Korner**
2421 W. Wapato Rd.
Wapato, WA 98951

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **44**

Basis for the claim:  **Fuel**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,802.12 |

**Wheeler Rock Products**
Attn: Missy Bergevin
PO Box 99
Wapato, WA 98951

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Concrete Expense**

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,500.00 |
|---|---|---|---|

**Yakama Nation**
PO Box 151
Toppenish, WA 98948

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tax Stamps__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176,659.00 |
|---|---|---|---|

**Yakama Nation Land Enterprise**
282 Buster Road
Toppenish, WA 98948

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lease Expense__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yakama Power**
PO Box 1610
Toppenish, WA 98948

Date(s) debt was incurred _
Last 4 digits of account number __2153__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Electricity__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yakima CDJR**
2300 Goodman Rd
Union Gap, WA 98903

Date(s) debt was incurred _
Last 4 digits of account number __KINGMNT__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Automotive Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yakima Cooperative Inc.**
501 S Front St
Yakima, WA 98901

Date(s) debt was incurred _
Last 4 digits of account number __1433__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warehouse Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yakima Implement & Irrigation, Inc.**
1922 So. 1st Street
Yakima, WA 98903

Date(s) debt was incurred _
Last 4 digits of account number __9935__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Equipment Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yakima Steel Fabricators**
6 E Washington Ave
Yakima, WA 98903

Date(s) debt was incurred _
Last 4 digits of account number __NG01__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warehouse Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yakima Valley Transportation LLC**
**301 South 12th Avenue**
**Yakima, WA 98902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shipping**

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yakima Waste Systems Inc.**
**PO Box 7428**
**Pasadena, CA 91109-7428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7816**

Basis for the claim:  **Garbage Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alliance One Specialty Prods., LLC**<br>**2305 Baldree Road**<br>**Wilson, NC 27893-9518** | Line  **3.2**<br><br>☐ Not listed. Explain | **9419** |
| 4.2 | **Aramark Uniform Services**<br>**1101 Market Street**<br>**Philadelphia, PA 19107** | Line  **3.3**<br><br>☐ Not listed. Explain | **3368** |
| 4.3 | **Central Machinery Sales Inc.**<br>**1201 Yonezawa Blvd.**<br>**Moses Lake, WA 98837** | Line  **3.8**<br><br>☐ Not listed. Explain | **WHEFAR** |
| 4.4 | **Cintas Corp.**<br>**6707 W. Sam Houston Pkwy. N.**<br>**Houston, TX 77041** | Line  **3.9**<br><br>☐ Not listed. Explain | **4857** |
| 4.5 | **Commercial Tire, Inc.**<br>**2095 E. Commercial Street**<br>**Meridian, ID 83642** | Line  **3.13**<br><br>☐ Not listed. Explain | **5102** |
| 4.6 | **Fastenal**<br>**2001 Theurer Blvd.**<br>**Winona, MN 55987** | Line  **3.15**<br><br>☐ Not listed. Explain | **1089** |
| 4.7 | **H.B. Fuller**<br>**1200 Willow Lake Blvd.**<br>**Saint Paul, MN 55164-0683** | Line  **3.19**<br><br>☐ Not listed. Explain | _ |
| 4.8 | **Heritage Bank**<br>**3615 Pacific Avenue**<br>**Tacoma, WA 98418-7921** | Line  **3.20**<br><br>☐ Not listed. Explain | **2367** |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.9 **Oak Harbor Freight Lines, Inc.** 1339 West Valley Hwy. N. Auburn, WA 98071-1469 | Line **3.40** ☐ Not listed. Explain ____ | **9445** |
| 4.10 **U.S. Food and Drug Administration** 645 S. Newstead Ave. Saint Louis, MO 63110 | Line **3.57** ☐ Not listed. Explain ____ | _ |
| 4.11 **W. W. Grainger, Inc.** 100 Grainger Parkway Lake Forest, IL 60045 | Line **3.16** ☐ Not listed. Explain ____ | _ |
| 4.12 **Yakama Nation Land Enterprise** PO Box 151 Toppenish, WA 98948 | Line **3.67** ☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 69,329.21 |
| **5b. Total claims from Part 2** | 5b. + | $ 92,356,000.30 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 92,425,329.51 |

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 50 of 82

**Fill in this information to identify the case:**

Debtor name  **King Mountain Tobacco Company, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest: **Equipment Lease of John Deere 9570RX 4 Track Tractor S/N: 804183** <br> State the term remaining **11/27/2021** <br> List the contract number of any government contract | **Deere Credit, Inc.** <br> **6400 NW 86th Street** <br> **Johnston, IA 50131** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest: **Governmental securities consulting services** <br> State the term remaining **6/12/2021** <br> List the contract number of any government contract | **Englishman and Pannill, LLC** <br> **830 Oaklawn Drive** <br> **Winston Salem, NC 27104** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest: **Mechanical Technician employment contract** <br> State the term remaining **07/31/2025** <br> List the contract number of any government contract | **Robert Reis** <br> **2000 Fort Simcoe Road** <br> **White Swan, WA 98952-0422** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest: **All Escrow Agreements re Beneficiary States for whose funds are being escrowed pursuant to Non-Participating Manufacturer Statutes: See Attached List** <br> State the term remaining **perpetual** <br> List the contract number of any government contract | **Truist Bank** <br> **Attn: Susan Fairhurst** <br> **223 West Nash Street** <br> **Wilson, NC 27894** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

20-01808-WLH11   Doc 1   Filed 09/25/20   Entered 09/25/20 16:56:39   Pg 51 of 82

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Chief Executive Officer & Chief Financial Officer employment contract** | |
|---|---|---|---|
| | State the term remaining | **07/31/2025** | |
| | List the contract number of any government contract | _____ | **Truman J. Thompson**<br>**2000 Fort Simcoe Road**<br>**White Swan, WA 98952-0422** |

20-01808-WLH11   Doc 1   Filed 09/25/20   Entered 09/25/20 16:56:39   Pg 52 of 82

# In re:  King Mountain Tobacco Company, Inc.

## Attachment to Schedule G-2.5-Truist Bank:  MSA Beneficiary States

California

Colorado

Idaho

Indiana

Kentucky

Montana

Nevada

New Mexico

North Carolina

North Dakota

Oregon

South Carolina

Virginia

Washington

di24hk01g0

Fill in this information to identify the case:

Debtor name   **King Mountain Tobacco Company, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Trina A. Wheeler** | **2000 Fort Simcoe Road**<br>**White Swan, WA 98952-0422** | **Deere Credit, Inc.** | ☐ D _____<br>☐ E/F _____<br>☑ G   **2.1** |

| Fill in this information to identify the case: |
|---|

Debtor name **King Mountain Tobacco Company, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

<u>Official Form 207</u>

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $20,905,531.00 |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $29,946,015.00 |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $31,401,787.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | **Interest Income** | $2,289,804.00 |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | **Interest Income** | $1,647,954.00 |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | **Miscellaneous Income** | $1,414,688.00 |

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 55 of 82

|  | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From **1/01/2018** to **12/31/2018** | Interest Income | $838,812.00 |
| **For year before that:** From **1/01/2018** to **12/31/2018** | Miscellaneous Income | $15.00 |

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.  **Indiana** **BB&T-Indiana Sub Account** **223 W Nash Street** **Wilson, NC 27894** | **6/29/2020** | **$35,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Indiana Settlement** |
| 3.2.  **Indiana** **BB&T-Indiana Sub Account** **223 W Nash Street** **Wilson, NC 27894** | **7/30/2020** | **$35,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Indiana Settlement** |
| 3.3.  **Indiana** **BB&T-Indiana Sub Account** **223 W Nash Street** **Wilson, NC 27894** | **8/27/2020** | **$35,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Indiana Settlement** |
| 3.4.  **South Carolina** **BB&T-SC Sub Account** **223 W Nash Street** **Wilson, NC 27894** | **6/29/2020** | **$10,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **South Carolina Settlement** |
| 3.5.  **South Carolina** **BB&T-SC Sub Account** **223 W Nash Street** **Wilson, NC 27894** | **7/30/2020** | **$10,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **South Carolina Settlement** |

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 56 of 82

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.6. **South Carolina**<br>**BB&T-SC Sub Account**<br>**223 W Nash Street**<br>**Wilson, NC 27894** | **8/27/2020** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **South Carolina Settlement** |
| 3.7. **USDA**<br>**2312 E, Bannister Road**<br>**Kansas City, MO 64131** | **6/29/2020** | **$45,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Interim Agreement** |
| 3.8. **USDA**<br>**2312 E, Bannister Road**<br>**Kansas City, MO 64131** | **7/30/2020** | **$45,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Interim Agreement** |
| 3.9. **USDA**<br>**2312 E, Bannister Road**<br>**Kansas City, MO 64131** | **8/27/2020** | **$45,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Interim Agreement** |
| 3.10. **FDA**<br>**Dept. of Health & Human Services**<br>**Sent via wire, no address on file** | **6/29/2020** | **$45,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **FDA Settlement** |
| 3.11. **FDA**<br>**Dept. of Health & Human Services**<br>**Sent via wire, no address on file** | **7/30/2020** | **$45,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **FDA Settlement** |
| 3.12. **FDA**<br>**Dept. of Health & Human Services**<br>**Sent via wire, no address on file** | **8/27/2020** | **$45,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **FDA Settlement** |

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 57 of 82

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | **1/7/2020** | **$10,393.61** | **On Account - Fuel Purchases** |
| 4.2. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | **3/13/2020** | **$7,009.24** | **On Account - Fuel Purchases** |
| 4.3. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | **5/19/2020** | **$52,389.02** | **On Account - Fuel Purchases** |
| 4.4. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | **6/11/2020** | **$35,345.84** | **On Account - Fuel Purchases** |
| 4.5. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | **7/16/2020** | **$21,967.84** | **On Account - Fuel Purchases** |
| 4.6. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | **8/6/2020** | **$25,682.62** | **On Account - Fuel Purchases** |
| 4.7. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | **8/26/2020** | **$20,625.94** | **On Account - Fuel Purchases** |
| 4.8. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | **9/17/2020** | **$17,889.07** | **On Account - Fuel Purchases** |
| 4.9. **Wheeler Rock Products**<br>**250 Cowin Lane**<br>**PO Box 99**<br>**Wapato, WA 98951**<br>**Related Entity** | **11/8/2019** | **$16,248.90** | **Gravel** |
| 4.10 **Wheeler Rock Products**<br>· **250 Cowin Lane**<br>**PO Box 99**<br>**Wapato, WA 98951**<br>**Related Entity** | **2/13/2020** | **$636.16** | **Gravel** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.11 · | **Wheeler Logging**<br>**1200 N White Swan Rd.**<br>**PO Box 237**<br>**White Swan, WA 98952**<br>**Related Entity** | **10/4/2019** | **$40,000.00** | **Monthly Management Fee** |
| 4.12 · | **Wheeler Logging**<br>**1200 N White Swan Rd.**<br>**PO Box 237**<br>**White Swan, WA 98952**<br>**Related Entity** | **10/31/2019** | **$40,000.00** | **Monthly Management Fee** |
| 4.13 · | **Wheeler Logging**<br>**1200 N White Swan Rd.**<br>**PO Box 237**<br>**White Swan, WA 98952**<br>**Related Entity** | **11/20/2019** | **$40,000.00** | **Monthly Management Fee** |
| 4.14 · | **Wheeler Logging**<br>**1200 N White Swan Rd.**<br>**PO Box 237**<br>**White Swan, WA 98952**<br>**Related Entity** | **12/17/2019** | **$40,000.00** | **Monthly Management Fee** |
| 4.15 · | **Wheeler Logging**<br>**1200 N White Swan Rd.**<br>**PO Box 237**<br>**White Swan, WA 98952**<br>**Related Entity** | **1/23/2019** | **$40,000.00** | **Monthly Management Fee** |
| 4.16 · | **Wheeler Logging**<br>**1200 N White Swan Rd.**<br>**PO Box 237**<br>**White Swan, WA 98952**<br>**Related Entity** | **2/27/2020** | **$40,000.00** | **Monthly Management Fee** |
| 4.17 · | **Wheeler Logging**<br>**1200 N White Swan Rd.**<br>**PO Box 237**<br>**White Swan, WA 98952**<br>**Related Entity** | **3/26/2020** | **$40,000.00** | **Monthly Management Fee** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **King Mountain Tobacco Company, Inc. v. Kamiakin Wheeler, Kanim James, and Lone Warrior Holdings, Inc.**<br>**19-2-04309-39** | **Civil action for damages, injunctive relief, return of property, and restitution.** | **Yakima County Superior Court**<br>**128 N. 2nd Street**<br>**Room 314**<br>**Yakima, WA 98901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **City of New York v. King Mountain Tobacco Company, Inc., et al.**<br>**12-cv-06276-JS-SIL** | **Civil action for injunctive relief, civil penalties, damages and attorney's fees.** | **U.S. District Court, E.D.N.Y.**<br>**225 Cadman Plaza E.**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Accidental damage to swather header caused by employee during use. Estimated replacement cost is $43,000.** | **Claim filed with insurance; maximum policy limit is $37,000, which is expected to be issued.** | **July 9, 2020** | **$43,000.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 60 of 82

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bush Kornfeld LLP** **601 Union Street** **Suite 5000** **Seattle, WA 98101-2373** | | **September 25, 2020** | **$25,534.20** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 61 of 82

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 62 of 82

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Truman J. Thompson<br>2000 Fort Simcoe Road<br>White Swan, WA 98952 | 8/01/2018 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

20-01808-WLH11　　Doc 1　　Filed 09/25/20　　Entered 09/25/20 16:56:39　　Pg 63 of 82

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Truman J. Thompson**<br>**2000 Fort Simcoe Road**<br>**White Swan, WA 98952** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **PayneWest Insurance**<br>**1430 N. 16th Avenue**<br>**Bldg. H**<br>**Yakima, WA 98902** |
| 26d.2.    **John Deere Financial**<br>**8402 Excelsior Drive**<br>**Madison, WI 53717** |
| 26d.3.    **Agri-Service/AGCO Finance**<br>**1620 E. James Street**<br>**Pasco, WA 99301** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **Truman J. Thompson** | **Monthly (product inventory)** | **Actual Cost** |
| **Name and address of the person who has possession of inventory records**<br>**Truman J. Thompson**<br>**2000 Fort Simcoe Road**<br>**White Swan, WA 98952** | | |
| 27.2.    **Truman J. Thompson** | **October 2019 (fixed assets)** | **Depreciation Basis** |
| **Name and address of the person who has possession of inventory records**<br>**Truman J. Thompson**<br>**2000 Fort Simcoe Road**<br>**White Swan, WA 98952** | | |
| 27.3.    **Truman J. Thompson** | **October 2018 (fixed assets)** | **Depreciation Basis** |
| **Name and address of the person who has possession of inventory records**<br>**Truman J. Thompson**<br>**2000 Fort Simcoe Road**<br>**White Swan, WA 98952** | | |

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 64 of 82

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Trina A. Wheeler | PO Box 422<br>White Swan, WA 98952-0422 | Owner/President | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Truman Jay Thompson | PO Box 422<br>White Swan, WA 98952-0422 | CEO and Vice President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Terryanna Blodgett | PO Box 422<br>White Swan, WA 98952-0422 | Secretary | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Truman J. Thompson<br>PO Box 422<br>White Swan, WA 98952-0422 | $165,000.00 | July 28, 2020 | Signing Bonuses |
| | Relationship to debtor<br>Vice President and CEO | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

20-01808-WLH11   Doc 1   Filed 09/25/20   Entered 09/25/20 16:56:39   Pg 65 of 82

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 25, 2020**

**/s/ Truman J. Thompson**                                    **Truman J. Thompson**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Vice President and Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

20-01808-WLH11    Doc 1    Filed 09/25/20    Entered 09/25/20 16:56:39    Pg 66 of 82

# United States Bankruptcy Court
## Eastern District of Washington

In re   **King Mountain Tobacco Company, Inc.**                  Case No. _____

                                                Debtor(s)                 Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
           **Preparation of a plan and disclosure statement and negotiations with creditors regarding the same.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 25, 2020**
*Date*

        **/s/ James L. Day**
        **James L. Day**
        *Signature of Attorney*
        **Bush Kornfeld LLP**
        **601 Union St., Suite 5000**
        **Seattle, WA 98101-2373**
        **(206) 292-2110  Fax: (206) 292-2104**
        **jday@bskd.com**
        *Name of law firm*

# United States Bankruptcy Court
## Eastern District of Washington

In re   **King Mountain Tobacco Company, Inc.**      Case No. _____

                        Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Trina A. Wheeler**<br>**1200 N. White Swan Road**<br>**White Swan, WA 98952-0237** | **sole shareholder** | **1,000** | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Vice President and Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 25, 2020**          Signature   **/s/ Truman J. Thompson**

                                                     **Truman J. Thompson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of Washington**

In re   __King Mountain Tobacco Company, Inc.__          Case No.   _____

                         Debtor(s)        Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __September 25, 2020__          __/s/ Truman J. Thompson__

                                         **Truman J. Thompson**/**Vice President and Chief Executive Officer**
                                         Signer/Title

King Mountain Tobacco Company, Inc.
PO Box 422
White Swan, WA 98952-0422


James L. Day
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101-2373


US Attorney
Attn Bankruptcy Assistant
700 Stewart Street
Room 5220
Seattle, WA 98101-4438


Internal Revenue Svc (Phil)
Centalized Insol Operations
PO Box 7346
Philadelphia, PA 19101-7346


Commodity Futures Trading
1155 21st St NW
Washington, DC 20581


Securities & Exchange Comm
Office of Reorganization
444 S Flower St. #900
Los Angeles, CA 90071


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave #1400
Seattle, WA 98121-2300

WA Dept of L&I-OLY
Collections
PO Box 44171
Olympia, WA 98504-4171


WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046


WA Attorney General
Bankruptcy & Collections Unit
800 5th Ave #2000
Seattle, WA 98104


Advanced Auto Parts
717 W 1st Street
Wapato, WA 98951


Alliance One Specialty Prods., LLC
PO Box 1929
Wilson, NC 27894-1929


Alliance One Specialty Prods., LLC
2305 Baldree Road
Wilson, NC 27893-9518


Aramark Uniform Services
PO Box 101179
Aus West Lockbox
Pasadena, CA 91189-0005


Aramark Uniform Services
1101 Market Street
Philadelphia, PA 19107


BIA/NIIMS
13922 Denver West Pkwy
Lakewood, CO 80401

Burrows Tractor, Inc.
Attn: Angie Deaton
1308 E. Mead Avenue
Union Gap, WA 98903-3709


Cascade Valley Lube
2506 Main Street
Union Gap, WA 98903


CBIT
Attn: Justin Benoit
PO Box 5277
Pasco, WA 99302-5201


Central Machinery Sales Inc.
PO Box 1217
Moses Lake, WA 98837


Central Machinery Sales Inc.
1201 Yonezawa Blvd.
Moses Lake, WA 98837


Cintas Corp.
PO Box 650838
Dallas, TX 75265-0838


Cintas Corp.
6707 W. Sam Houston Pkwy. N.
Houston, TX 77041


City of New York
Attn: Michael A. Cardozo
100 Church St., Room 20-99
New York, NY 10007


Coastal Farm & Home Supply
PO Box 99
Albany, OR 97321

Colorado Attorney General Office
1300 Broadway, 8th Floor
Denver, CO 80202


Commercial Tire, Inc.
PO Box 970
Meridian, ID 83680


Commercial Tire, Inc.
2095 E. Commercial Street
Meridian, ID 83642


Deere Credit, Inc.
6400 NW 86th Street
Johnston, IA 50131


Department of the Treasury
Tobacco Tax & Trade Bureau
550 Main Street, Suite 8002
Cincinnati, OH 45202-5215


Englishman and Pannill, LLC
830 Oaklawn Drive
Winston Salem, NC 27104


Fastenal
PO Box 978
Winona, MN 55987


Fastenal
2001 Theurer Blvd.
Winona, MN 55987


Grainger Inc.
PO Box 419267
Kansas City, MO 64141-6267

Grease Heads Lube and Oil
310 South Elm Street
Toppenish, WA 98948


Guardian Security
1743 First Avenue South
Seattle, WA 98134


H.B. Fuller
PO Box 842401
Boston, MA 02284-2401


H.B. Fuller
1200 Willow Lake Blvd.
Saint Paul, MN 55164-0683


Heritage Bank
PO Box 1578
Olympia, WA 98507


Heritage Bank
3615 Pacific Avenue
Tacoma, WA 98418-7921


Husch & Husch, Inc.
PO Box 160
Harrah, WA 98933


Idaho Attorney General's Office
Consumer Protection Unit
P.O. Box 83720
Boise, ID 83720-0010


Ideal Lumber & Hardware Inc
PO Box 249
Toppenish, WA 98948

Internal Revenue Service
P.O. Box 9941, Stop 6552
Ogden, UT 84409-0941


ITC Services
4172 N. Frontage Road E.
Moses Lake, WA 98837


John Deere Financial
PO Box 4450
Carol Stream, IL 60197-4450


Kentucky Attorney General's Office
Tobacco Litigation
State Capitol Room 116
Frankfort, KY 40601


Lad Irrigation Company
P.O. Box 880
Moses Lake, WA 98837


Les Schwab Tire Center
PO Box 9277
Yakima, WA 98909


Lincoln Financial Group
Box 0821
Carol Stream, IL 60132-0821


Montana Attorney General's Office
Dept. of Justice Tobacco Program
P.O. Box 200151
Helena, MT 59620-0151


Mortons Supply Inc.
1724 S First St
Yakima, WA 98901

Mutual of Omaha Inc.
Attn: Elissa Stark
PO Box 2147
Omaha, NE 68103-2147


NC Filter Corporation
Attn: Bobby Johnson
P.O. Box 498
Black Creek, NC 27813


NC Machinery Inc.
PO Box 58201
Tukwila, WA 98138-1201


Nevada Attorney General's Office
Attn: Tobacco Enforcement Unit
5420 Kietzke Lane, Suite 2020
Reno, NV 89511


New Mexico Atty General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508


North Carolina Atty Gen's Office
Special Lit. Section-Tobacco Unit
P.O. Box 629
Raleigh, NC 27602


North Dakota Atty General's Office
500 N. 9th Street
Bismarck, ND 58501-4509


Oak Harbor Freight Lines, Inc.
PO Box 1469
Auburn, WA 98071-1469


Oak Harbor Freight Lines, Inc.
1339 West Valley Hwy. N.
Auburn, WA 98071-1469

Office Solutions Northwest Inc.
PO Box 125
Yakima, WA 98907


Oregon Attorney General's Office
Dept. of Justice-Tobacco Enforcemen
1162 Court Street NE
Salem, OR 97301-4096


Pacific Power
PO Box 26000
Portland, OR 97256-0001


Pepsi
PO Box 111
Yakima, WA 98907


Pitney Bowes Monthly Fee
PO Box 371887
Pittsburgh, PA 15250-7887


Premera Blue Cross
PO. Box 6
Mukilteo, WA 09827-5006


QBSI-Xerox
PO BOX 936793
Atlanta, GA 31193-6793


Rehn & Associates COBRA
PO Box 5433
Spokane, WA 99205


Robert Reis
2000 Fort Simcoe Road
White Swan, WA 98952-0422

Smoke-N-Gas
7453 Sunnyside Mabton Road
Mabton, WA 98935


Stach Steel Supply
3070 Harrah Rd
Harrah, WA 98933


State of California
Office of the Attorney General
1300 "I" Street
Sacramento, CA 95814-2919


State of Indiana
Office of the Attorney General
302 W. Washington St., 5th Fl.
Indianapolis, IN 46204


State of South Carolina
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211-1549


Sunnyside New Holland
PO Box 1580
Sunnyside, WA 98944


Tacoma Screw Product, Inc.
PO Box 35165
Seattle, WA 98124-5165


Trina A. Wheeler
2000 Fort Simcoe Road
White Swan, WA 98952-0422


Truist Bank
Attn: Susan Fairhurst
223 West Nash Street
Wilson, NC 27894

Truman J. Thompson
2000 Fort Simcoe Road
White Swan, WA 98952-0422


U.S. Dep't of Agriculture
2323 E. Bannister Rd.
Kansas City, MO 64131


U.S. Food and Drug Administration
P.O. Box 979107
Saint Louis, MO 63197-9000


U.S. Food and Drug Administration
645 S. Newstead Ave.
Saint Louis, MO 63110


Valley Septic Service
PO Box 10115
Yakima, WA 98909-1115


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Virginia Attorney General's Office
2020 North 9th Street
Richmond, VA 23219


Vision Service Plan-(WA)
Box 742430
Los Angeles, CA 90074-2430


W. W. Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045

WA Attorney General's Office
P.O. Box 40123
Olympia, WA 98504-0123


Washington Tractor
2700 136th Ave. Ct E
Sumner, WA 98390


Wheeler Kountry Korner
2421 W. Wapato Rd.
Wapato, WA 98951


Wheeler Rock Products
Attn: Missy Bergevin
PO Box 99
Wapato, WA 98951


Yakama Nation
PO Box 151
Toppenish, WA 98948


Yakama Nation Land Enterprise
282 Buster Road
Toppenish, WA 98948


Yakama Nation Land Enterprise
PO Box 151
Toppenish, WA 98948


Yakama Power
PO Box 1610
Toppenish, WA 98948


Yakima CDJR
2300 Goodman Rd
Union Gap, WA 98903

Yakima Cooperative Inc.
501 S Front St
Yakima, WA 98901


Yakima Implement & Irrigation, Inc.
1922 So. 1st Street
Yakima, WA 98903


Yakima Steel Fabricators
6 E Washington Ave
Yakima, WA 98903


Yakima Valley Transportation LLC
301 South 12th Avenue
Yakima, WA 98902


Yakima Waste Systems Inc.
PO Box 7428
Pasadena, CA 91109-7428

# United States Bankruptcy Court
## Eastern District of Washington

In re    **King Mountain Tobacco Company, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **King Mountain Tobacco Company, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 25, 2020**

Date

**/s/ James L. Day**

**James L. Day**

Signature of Attorney or Litigant

Counsel for    **King Mountain Tobacco Company, Inc.**

**Bush Kornfeld LLP**

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110 Fax:(206) 292-2104**
**jday@bskd.com**