Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒X   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒X   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒X   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐   *Schedule H: Codebtors* (Official Form 206H)
- ☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒X   Other document that requires a declaration    Statement of Financial Affairs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 29, 2020**      X **/s/ Truman J. Thompson**
                                               Signature of individual signing on behalf of debtor

                                               **Truman J. Thompson**
                                               Printed name

                                               **Vice President and Chief Executive Officer**
                                               Position or relationship to debtor

20-01808-WLH11    Doc 86    Filed 10/29/20    Entered 10/29/20 17:45:31    Pg 1 of 30

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.   **Cash on hand** | **$250.00** |

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Heritage Bank**<br>**Attn: Terry Osman**<br>**2205 S 1st Street**<br>**Yakima, WA 98903** | **Checking Account** | **2367** | **$561,872.48** |
| 3.2. | **Truist Bank (Was BB&T)**<br>**Attn: Susan Fairhurst**<br>**223 West Nash Street**<br>**Wilson, NC 27894** | **Checking Account** | **0010** | **$1,017,560.94** |
| 3.3. | **Heritage Bank**<br>**Attn: Terry Osman**<br>**2205 S 1st Street**<br>**Yakima, WA 98903** | **EFT Account** | **2383** | **$0.00** |
| 3.4. | **Heritage Bank**<br>**Attn: Terry Osman**<br>**2205 S 1st Street**<br>**Yakima, WA 98903** | **Wire Account** | **2408** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

|  | **Truist Bank (Was BB&T)**<br>**Attn: Susan Fairhurst**<br>**223 West Nash Street**<br>3.5.  **Wilson, NC 27894** | **Escrow Accounts for**<br>**Qualified Settlement**<br>**Funds 26 CFR §**<br>**1.468B-1: See Attached** |  | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | **$1,579,683.42** |

| Part 2: | **Deposits and Prepayments** |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | **James River Insurance Company**<br>**6641 West Broad Street, Suite 300**<br>**Richmond, VA 23230**<br>8.1.  **Policy Nos. 00039025-10 & 00039026-10** | **$7,350.52** |
| | **IronShore Indemnity Inc.**<br>**175 Berkeley Street**<br>**Boston, MA 02116**<br>8.2.  **Policy No. 004253300** | **$5,278.00** |
| | **RSUI Group, Inc.**<br>**945 East Paces Ferry Rd.**<br>**Suite 1800**<br>**Atlanta, GA 30326-1160**<br>8.3.  **Policy Nos. PP684340 & HS684355** | **$10,122.51** |
| | **Lloyd's America, Inc.**<br>**280 Park Avenue**<br>**East Tower, 25th Floor**<br>**New York, NY 10017**<br>8.4.  **UMR No. B1230AP06454A19** | **$80,588.00** |
| | **Arch Specialty Insurance Co.**<br>**2345 Grand Blvd., Suite 900**<br>**Kansas City, MO 64108**<br>8.5.  **Policy No. ESP1001308-00** | **$25,950.42** |
| | **Homeland Insurance Company of New York**<br>**1000 Woodbury Road, Suite 403**<br>**Woodbury, NY 11797**<br>8.6.  **Policy No. 795-01-10-88-0000** | **$14,464.17** |
| | 8.7.  **Bush Kornfeld LLP**<br>**601 Union Street, Suite 5000** | **$149,465.80** |

Seattle, WA 98101-2373

| | | |
|---|---|---|
| 8.8. | **Northen Blue LLP**<br>**1414 Raleigh Road, Suite 435**<br>**Chapel Hill, NC 27517** | **$46,617.50** |
| 8.9. | **Troutman Pepper LLP**<br>**Troutman Sanders Building**<br>**1001 Haxall Point**<br>**Richmond, VA 23219** | **$89,708.00** |
| 8.10<br>. | **Baker & Hostetler LLP**<br>**1005 Connecticut Avenue NW**<br>**Suite 100**<br>**Washington, DC 20036** | **$300,000.00** |

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.          **$729,544.92**

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

☑ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **1,665,367.62**<br>face amount | - | **0.00** = ....<br>doubtful or uncollectible accounts | **$1,665,367.62** |
| 11a. 90 days old or less: | **1,150.00**<br>face amount | - | **0.00** = ....<br>doubtful or uncollectible accounts | **$1,150.00** |
| 11b. Over 90 days old: | **4,245,580.95**<br>face amount | - | **0.00** =...<br>doubtful or uncollectible accounts | **$4,245,580.95** |
| 11b. Over 90 days old: | **1,521,198.38**<br>face amount | - | **0.00** =...<br>doubtful or uncollectible accounts | **$1,521,198.38** |
| 11b. Over 90 days old: | **249,999.72**<br>face amount | - | **0.00** =...<br>doubtful or uncollectible accounts | **$249,999.72** |
| 11b. Over 90 days old: | **282,993.20**<br>face amount | - | **0.00** =...<br>doubtful or uncollectible accounts | **$282,993.20** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **116,705.10**<br>face amount | - | **116,705.10**<br>doubtful or uncollectible accounts | =.... | **$0.00** |
| 11b. Over 90 days old: | **66,917.77**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | =.... | **$66,917.77** |
| 11b. Over 90 days old: | **1,968,337.14**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | =.... | **$1,968,337.14** |
| 11b. Over 90 days old: | **4,760,351.18**<br>face amount | - | **0.00**<br>doubtful or uncollectible accounts | =.... | **$4,760,351.18** |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$14,761,895.96**

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                     % of ownership | | |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1. | **Tobacco Bond, Dep't of the Treasury, Alcohol and Tobacco Tax and Trade Bureau; United States Fire Insurance Company, Bond No. 615989183** | **Bond Amount** | **$250,000.00** |
| 16.2. | **WA Deferred Wholesale Cigarette Bond; United States Fire Insurance Company, Bond No. 615989184** | **Bond Amount** | **$100,000.00** |
| 16.3. | **WA Deferred Wholesale Cigarette Bond; United States Fire Insurance Company, Bond No. 615989185** | **Bond Amount** | **$5,000.00** |
| 16.4. | **North Dakota Tobacco Distributor; United States Fire Insurance Company, Bond No. 615989366** | **Bond Amount** | **$1,000.00** |
| 16.5. | **Kentucky Non-Participating MFG Bond; United States Fire Insurance Company, Bond No. 615989073** | **Bond Amount** | **$170,000.00** |

| 16.6. | Nonparticipating Manufacturer Surety Bond (NV); United States Fire Insurance Company, Bond No. 615989278 | Bond Amount | $50,000.00 |
|---|---|---|---|
| 16.7. | Non-Participating Tobacco MFS Corporate Surety Bond (NM); United States Fire Insurance Company, Bond No. 615988958 | Bond Amount | $78,000.00 |
| 16.8. | Oregon Non-Participating MFG Bond; United States Fire Insurance Company, Bond No. 615245175 | Bond Amount | $75,000.00 |
| 16.9. | Non-Participating Tobacco Manufacturer Surety Bond (VA); United States Fire Insurance Company, Bond No. 615988959 | Bond Amount | $50,000.00 |

17.    **Total of Part 4.**                                                              | $779,000.00 |
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials Tobacco Inventory | 8/31/2020 | $1,757,593.97 | Actual Cost | $1,757,593.97 |
| 20. | Work in progress Processed Tobacco Inventory | 8/31/2020 | $111,107.18 | Actual Cost | $111,107.18 |
| 21. | Finished goods, including goods held for resale Cigarette Inventory | 8/31/2020 | $1,423,046.88 | Actual Cost | $1,423,046.88 |
| | Roll-Your-Own (RYO) Inventory | 8/31/2020 | $2,021.75 | Actual Cost | $2,021.75 |
| 22. | Other inventory or supplies Packing/Supplies Inventory | 8/31/2020 | $463,361.62 | Actual Cost | $463,361.62 |

23.    **Total of Part 5.**                                                              | $3,757,131.40 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.    **Crops-either planted or harvested** | | | |
| 29.    **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.    **Farm machinery and equipment** *(Other than titled motor vehicles)* Equipment (farming): See Attached List | $105,407.92 | Debtor Estimate | $1,210,101.38 |
| 31.    **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.    **Other farming and fishing-related property not already listed in Part 6** Greenhouses | $328,743.88 | Debtor Estimate | $548,278.58 |
| Burley Barns | $434,008.39 | Debtor Estimate | $463,817.60 |
| Kilns | $747,111.17 | Debtor Estimate | $872,029.16 |
| Other Improvements (farming): See Attached List | $254,175.15 | Debtor Estimate | $369,081.49 |
| Irrigation Systems | $720,824.71 | Debtor Estimate | $1,240,397.08 |

33.    **Total of Part 6.**                                                                                      | $4,703,705.29 |
Add lines 28 through 32.  Copy the total to line 85.

34.    **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**
      ☐ No
      ■ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** <br> Office Furniture and Fixtures | $0.00 | Debtor Estimate | $19,733.10 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computers and Software | $0.00 | Debtor Estimate | $6,650.00 |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| $26,383.10 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2007 Dodge Ram 3500 | $0.00 | Blue Book | $8,867.00 |
| 47.2.  2008 Dodge Ram 3500 | $0.00 | Blue Book | $11,161.00 |

| | | | | |
|---|---|---|---|---|
| 47.3. | 2012 Dodge 4500 | $0.00 | Blue Book | $12,955.00 |
| 47.4. | 2018 Dodge Ram 1500 | $25,902.70 | Blue Book | $27,656.00 |
| 47.5. | 2020 Dodge Ram, VIN xxx4336 | $54,133.33 | Blue Book | $44,114.00 |
| 47.6. | 2020 Dodge Ram, VIN xxx9873 | $47,154.80 | Blue Book | $40,027.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Duel Fuel Steam Boiler System | $277,296.81 | Debtor Estimate | $280,412.50 |
| Equipment (non-farming): See Attached List | $157,930.86 | Debtor Estimate | $519,842.92 |
| Construction in Progress: Filter machine for manufacture of cigarette filters (pending FDA approval). | $264,436.88 | Actual Cost | $264,436.88 |
| Cigarette Maker & Packer Nano-S | $813,593.01 | Net Book | $813,593.01 |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   | |
   |---|
   | $2,023,065.31 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No
   ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

20-01808-WLH11    Doc 86    Filed 10/29/20    Entered 10/29/20 17:45:31    Pg 9 of 30

| | 55.1. | **Land Improvements: Asphalt Paving (Aug. 2020)** | Leasehold Interest | $198,333.33 | Net Book | $198,333.33 |
|---|---|---|---|---|---|---|
| | 55.2. | **Real Property Leases: See Attached List** | Leasehold Interest | $0.00 | | Unknown |

| 56. | **Total of Part 9.** | | $198,333.33 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Trademarks, Copyrights and Patents: See Attached List** | $0.00 | | Unknown |
| | **Brand Labels: See Attached List** | $0.00 | | Unknown |
| 61. | **Internet domain names and websites** **Internet domain and website: www.kingmountaintobacco.com** | $0.00 | | Unknown |
| | **Internet domain and website: www.trykingmountaintobacco.com** | $0.00 | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Customer List** | $0.00 | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.    **Total of Part 10.**                                                           $0.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                           **Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
       **King Mountain Tobacco Company, Inc. v. Kamiakin Wheeler, Kanim James, and Lone Warrior Holdings, Inc.**          **Unknown**
       **Yakima County Superior Court, Case No. 19-2-04309-39**

| Nature of claim | Complaint for damages, injunctive relief, return of property, and restitution |
| --- | --- |
| Amount requested | $0.00 |

       **King Mountain Tobacco Company, Inc. v. United States and U.S. Dep't of Treasury**
       **US District Court for the Eastern District of Washington, Case No. 1:20-cv-03153-RMP**          **Unknown**

| Nature of claim | Complaint for refund of federal tobacco excise taxes |
| --- | --- |
| Amount requested | $0.00 |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

20-01808-WLH11    Doc 86    Filed 10/29/20    Entered 10/29/20 17:45:31    Pg 11 of 30

78.   **Total of Part 11.**                                                                              **$0.00**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$1,579,683.42** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$729,544.92** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$14,761,895.96** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$779,000.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$3,757,131.40** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$4,703,705.29** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$26,383.10** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$2,023,065.31** | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | **$198,333.33** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$28,360,409.40** | + 91b.  **$198,333.33** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$28,558,742.73** |

20-01808-WLH11    Doc 86    Filed 10/29/20    Entered 10/29/20 17:45:31    Pg 13 of 30

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **Department of the Treasury**<br>Creditor's Name<br><br>**Tobacco Tax & Trade Bureau**<br>**550 Main Street, Suite 8002**<br>**Cincinnati, OH 45202-5215**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**9/01/2009 - 3/31/2013**<br>**Last 4 digits of account number**<br>**0300**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All real and personal property and rights to property of the Debtor.**<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $75,467,193.24 | Unknown |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $75,467,193.24 |
| --- | --- | --- |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Rika Valdman**<br>**US Dep't of Justice, Tax Division**<br>**PO Box 683**<br>**Washington, DC 20044** | Line **2.1** | |

**Yen Jeanette Tran**
**US Dep't of Justice, Tax Division**      Line   __2.1__
**PO Box 683**
**Washington, DC 20044**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **King Mountain Tobacco Company, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    **20-01808**

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest: **Equipment Lease of John Deere 9570RX 4 Track Tractor S/N: 804183 11/27/2021**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Deere Credit, Inc. 6400 NW 86th Street Johnston, IA 50131** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest: **Governmental securities consulting services**<br><br>State the term remaining    **6/12/2021**<br><br>List the contract number of any government contract | **Englishman and Pannill, LLC 830 Oaklawn Drive Winston Salem, NC 27104** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest: **Cloud Services Contract for Eagle Eye CCTV cloud storage (KMT East Warehouse)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Guardian Security Systems, Inc. 1743 1st Avenue S. Seattle, WA 98134-1432** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest: **Cloud Services Contract for Brivo access control doors (KMT East Warehouse)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Guardian Security Systems, Inc. 1743 1st Avenue S. Seattle, WA 98134-1432** |

20-01808-WLH11    Doc 86    Filed 10/29/20    Entered 10/29/20 17:45:31    Pg 16 of 30

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud Services Contract for DSC Neo Alarm system with UL station monitoring (KMT Main Warehouse)** | |
|---|---|---|---|
| | State the term remaining | | **Guardian Security Systems, Inc.** |
| | List the contract number of any government contract | | **1743 1st Avenue S.** **Seattle, WA 98134-1432** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud Services Contract for Eagle Eye camera cloud storage (KMT Office lunch room)** | |
|---|---|---|---|
| | State the term remaining | | **Guardian Security Systems, Inc.** |
| | List the contract number of any government contract | | **1743 1st Avenue S.** **Seattle, WA 98134-1432** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Mechanical Technician employment contract** | |
|---|---|---|---|
| | State the term remaining | **07/31/2025** | **Robert Reis** |
| | List the contract number of any government contract | | **2000 Fort Simcoe Road** **White Swan, WA 98952-0422** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **All Escrow Agreements re Beneficiary States for whose funds are being escrowed pursuant to Non-Participating Manufacturer Statutes: See Attached List** | |
|---|---|---|---|
| | State the term remaining | **perpetual** | **Truist Bank** |
| | List the contract number of any government contract | | **Attn: Susan Fairhurst** **223 West Nash Street** **Wilson, NC 27894** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Chief Executive Officer & Chief Financial Officer employment contract** | |
|---|---|---|---|
| | State the term remaining | **07/31/2025** | **Truman J. Thompson** |
| | List the contract number of any government contract | | **2000 Fort Simcoe Road** **White Swan, WA 98952-0422** |

20-01808-WLH11    Doc 86    Filed 10/29/20    Entered 10/29/20 17:45:31    Pg 17 of 30

# In re:  King Mountain Tobacco Company, Inc.

## Attachment to Schedule G-2.5-Truist Bank:  MSA Beneficiary States

California

Colorado

Idaho

Indiana

Kentucky

Montana

Nevada

New Mexico

North Carolina

North Dakota

Oregon

South Carolina

Virginia

Washington

Debtor name **King Mountain Tobacco Company, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **20-01808**

■ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1: Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other | **$20,905,531.00** |
   | **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other | **$29,946,015.00** |
   | **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other | **$31,401,787.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | Interest Income | **$2,289,804.00** |
   | **For prior year:** From **1/01/2019** to **12/31/2019** | Interest Income | **$1,647,954.00** |
   | **For prior year:** From **1/01/2019** to **12/31/2019** | Miscellaneous Income | **$1,414,688.00** |

20-01808-WLH11     Doc 86     Filed 10/29/20     Entered 10/29/20 17:45:31     Pg 19 of 30

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From **1/01/2018** to **12/31/2018** | **Interest Income** | **$838,812.00** |
| **For year before that:** From **1/01/2018** to **12/31/2018** | **Miscellaneous Income** | **$15.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Indiana**<br>**BB&T-Indiana Sub Account**<br>**223 W Nash Street**<br>**Wilson, NC 27894** | **6/29/2020** | **$35,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Indiana Settlement** |
| 3.2. **Indiana**<br>**BB&T-Indiana Sub Account**<br>**223 W Nash Street**<br>**Wilson, NC 27894** | **7/30/2020** | **$35,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Indiana Settlement** |
| 3.3. **Indiana**<br>**BB&T-Indiana Sub Account**<br>**223 W Nash Street**<br>**Wilson, NC 27894** | **8/27/2020** | **$35,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Indiana Settlement** |
| 3.4. **South Carolina**<br>**BB&T-SC Sub Account**<br>**223 W Nash Street**<br>**Wilson, NC 27894** | **6/29/2020** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **South Carolina Settlement** |
| 3.5. **South Carolina**<br>**BB&T-SC Sub Account**<br>**223 W Nash Street**<br>**Wilson, NC 27894** | **7/30/2020** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **South Carolina Settlement** |

20-01808-WLH11    Doc 86    Filed 10/29/20    Entered 10/29/20 17:45:31    Pg 20 of 30

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.6.   **South Carolina** <br> **BB&T-SC Sub Account** <br> **223 W Nash Street** <br> **Wilson, NC 27894** | **8/27/2020** | **$10,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☒ Other  **South Carolina Settlement** |
| 3.7.   **USDA** <br> **2312 E, Bannister Road** <br> **Kansas City, MO 64131** | **6/29/2020** | **$45,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☒ Other  **Interim Agreement** |
| 3.8.   **USDA** <br> **2312 E, Bannister Road** <br> **Kansas City, MO 64131** | **7/30/2020** | **$45,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☒ Other  **Interim Agreement** |
| 3.9.   **USDA** <br> **2312 E, Bannister Road** <br> **Kansas City, MO 64131** | **8/27/2020** | **$45,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☒ Other  **Interim Agreement** |
| 3.10.   **FDA** <br> **Dept. of Health & Human Services** <br> **Sent via wire, no address on file** | **6/29/2020** | **$45,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☒ Other  **FDA Settlement** |
| 3.11.   **FDA** <br> **Dept. of Health & Human Services** <br> **Sent via wire, no address on file** | **7/30/2020** | **$45,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☒ Other  **FDA Settlement** |
| 3.12.   **FDA** <br> **Dept. of Health & Human Services** <br> **Sent via wire, no address on file** | **8/27/2020** | **$45,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☒ Other  **FDA Settlement** |

20-01808-WLH11    Doc 86    Filed 10/29/20    Entered 10/29/20 17:45:31    Pg 21 of 30

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | 1/7/2020 | $10,393.61 | **On Account - Fuel Purchases** |
| 4.2. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | 3/13/2020 | $7,009.24 | **On Account - Fuel Purchases** |
| 4.3. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | 5/19/2020 | $52,389.02 | **On Account - Fuel Purchases** |
| 4.4. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | 6/11/2020 | $35,345.84 | **On Account - Fuel Purchases** |
| 4.5. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | 7/16/2020 | $21,967.84 | **On Account - Fuel Purchases** |
| 4.6. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | 8/6/2020 | $25,682.62 | **On Account - Fuel Purchases** |
| 4.7. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | 8/26/2020 | $20,625.94 | **On Account - Fuel Purchases** |
| 4.8. **Wheeler Kountry Korner**<br>**2421 W. Wapato Rd.**<br>**Wapato, WA 98951**<br>**Related Entity** | 9/17/2020 | $17,889.07 | **On Account - Fuel Purchases** |
| 4.9. **Wheeler Rock Products**<br>**250 Cowin Lane**<br>**PO Box 99**<br>**Wapato, WA 98951**<br>**Related Entity** | 11/8/2019 | $16,248.90 | **Gravel** |
| 4.10. **Wheeler Rock Products**<br>**250 Cowin Lane**<br>**PO Box 99**<br>**Wapato, WA 98951**<br>**Related Entity** | 2/13/2020 | $636.16 | **Gravel** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.11 · **Wheeler Logging**<br>**1200 N White Swan Rd.**<br>**PO Box 237**<br>**White Swan, WA 98952**<br>**Related Entity** | **10/4/2019** | **$40,000.00** | **Monthly Management Fee** |
| 4.12 · **Wheeler Logging**<br>**1200 N White Swan Rd.**<br>**PO Box 237**<br>**White Swan, WA 98952**<br>**Related Entity** | **10/31/2019** | **$40,000.00** | **Monthly Management Fee** |
| 4.13 · **Wheeler Logging**<br>**1200 N White Swan Rd.**<br>**PO Box 237**<br>**White Swan, WA 98952**<br>**Related Entity** | **11/20/2019** | **$40,000.00** | **Monthly Management Fee** |
| 4.14 · **Wheeler Logging**<br>**1200 N White Swan Rd.**<br>**PO Box 237**<br>**White Swan, WA 98952**<br>**Related Entity** | **12/17/2019** | **$40,000.00** | **Monthly Management Fee** |
| 4.15 · **Wheeler Logging**<br>**1200 N White Swan Rd.**<br>**PO Box 237**<br>**White Swan, WA 98952**<br>**Related Entity** | **1/23/2019** | **$40,000.00** | **Monthly Management Fee** |
| 4.16 · **Wheeler Logging**<br>**1200 N White Swan Rd.**<br>**PO Box 237**<br>**White Swan, WA 98952**<br>**Related Entity** | **2/27/2020** | **$40,000.00** | **Monthly Management Fee** |
| 4.17 · **Wheeler Logging**<br>**1200 N White Swan Rd.**<br>**PO Box 237**<br>**White Swan, WA 98952**<br>**Related Entity** | **3/26/2020** | **$40,000.00** | **Monthly Management Fee** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

20-01808-WLH11    Doc 86    Filed 10/29/20    Entered 10/29/20 17:45:31    Pg 23 of 30

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **King Mountain Tobacco Company, Inc. v. Kamiakin Wheeler, Kanim James, and Lone Warrior Holdings, Inc.**<br>19-2-04309-39 | **Civil action for damages, injunctive relief, return of property, and restitution.** | **Yakima County Superior Court**<br>**128 N. 2nd Street**<br>**Room 314**<br>**Yakima, WA 98901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **State of New York v. Mountain Tobacco Company, d/b/a King Mountain Tobacco Company Inc.**<br>2:12-cv-06276-JS-SIL | **Civil action for injunctive relief, civil penalties, and attorney fees and costs** | **U.S. District Court, E.D.N.Y.**<br>**225 Cadman Plaza E.**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **King Mountain Tobacco Company, Inc. v. United States and U.S. Dep't of Treasury**<br>1:20-cv-03153-RMP | **Action for refund of federal tobacco excise taxes** | **U.S. District Court, E.D. Wash.**<br>**United States Courthouse**<br>**25 South 3rd Street, Room 201**<br>**Yakima, WA 98901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Accidental damage to swather header caused by employee during use. Estimated replacement cost is $43,000.** | **Claim filed with insurance; maximum policy limit is $37,000, which is expected to be issued.** | **July 9, 2020** | **$43,000.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bush Kornfeld LLP 601 Union Street Suite 5000 Seattle, WA 98101-2373** | | **September 25, 2020** | **$25,534.20** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

20-01808-WLH11     Doc 86     Filed 10/29/20     Entered 10/29/20 17:45:31     Pg 25 of 30

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Truman J. Thompson<br>2000 Fort Simcoe Road<br>White Swan, WA 98952** | **8/01/2018 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

20-01808-WLH11     Doc 86     Filed 10/29/20     Entered 10/29/20 17:45:31     Pg 27 of 30

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Truman J. Thompson**<br>**2000 Fort Simcoe Road**<br>**White Swan, WA 98952** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **PayneWest Insurance**<br>**1430 N. 16th Avenue**<br>**Bldg. H**<br>**Yakima, WA 98902** |
| 26d.2.    **John Deere Financial**<br>**8402 Excelsior Drive**<br>**Madison, WI 53717** |
| 26d.3.    **Agri-Service/AGCO Finance**<br>**1620 E. James Street**<br>**Pasco, WA 99301** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **Truman J. Thompson** | **Monthly (product inventory)** | **Actual Cost** |
| **Name and address of the person who has possession of inventory records**<br><br>**Truman J. Thompson**<br>**2000 Fort Simcoe Road**<br>**White Swan, WA 98952** | | |
| 27.2.    **Truman J. Thompson** | **October 2019 (fixed assets)** | **Depreciation Basis** |
| **Name and address of the person who has possession of inventory records**<br><br>**Truman J. Thompson**<br>**2000 Fort Simcoe Road**<br>**White Swan, WA 98952** | | |
| 27.3.    **Truman J. Thompson** | **October 2018 (fixed assets)** | **Depreciation Basis** |
| **Name and address of the person who has possession of inventory records**<br><br>**Truman J. Thompson**<br>**2000 Fort Simcoe Road**<br>**White Swan, WA 98952** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Trina A. Wheeler | PO Box 422<br>White Swan, WA 98952-0422 | Owner/President | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Truman Jay Thompson | PO Box 422<br>White Swan, WA 98952-0422 | CEO and Vice President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Terryanna Blodgett | PO Box 422<br>White Swan, WA 98952-0422 | Secretary | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1 . | Truman J. Thompson<br>PO Box 422<br>White Swan, WA 98952-0422 | $165,000.00 | July 28, 2020 | Signing Bonuses |
| | Relationship to debtor<br>Vice President and CEO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 29, 2020**

**/s/ Truman J. Thompson**                                    **Truman J. Thompson**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Vice President and Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes