Fill in this information to identify the case and this filing:

Debtor Name __KING MOUNTAIN TOBACCO COMPANY, INC.__

United States Bankruptcy Court for the: __EASTERN__ District of __WA__
(State)

Case number (*If known*): __20-01808__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ❏ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/16/2020__       ✗ ___/s/ Truman J. Thompson_____
MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                 _Truman J. Thompson_____
                                 Printed name

                                 _Vice President and Chief Executive Officer_
                                 Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | King Mountain Tobacco Company, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | 20-01808 |

☑ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Alliance One Specialty Prods., LLC<br>PO Box 1929<br>Wilson, NC 27894-1929 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,160.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number 9419 | Basis for the claim: **Processed Tobacco**<br>Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Aramark Uniform Services<br>PO Box 101179<br>Aus West Lockbox<br>Pasadena, CA 91189-0005 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $342.18 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number 3368 | Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Coastal Farm & Home Supply<br>PO Box 99<br>Albany, OR 97321 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $581.86 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number 6997 | Basis for the claim: **Equipment Parts**<br>Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Coleman Oil Company<br>PO Box 1308<br>Lewiston, ID 83501-1308 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,515.03 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number 3332 | Basis for the claim: **Automotive and Petroleum Products**<br>Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Commercial Tire, Inc.<br>PO Box 970<br>Meridian, ID 83680 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,232.29 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number 5102 | Basis for the claim: **Automotive Services**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| Debtor | **King Mountain Tobacco Company, Inc.** | Case number (if known) **20-01808** |
| | Name | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Fastenal**<br>**PO Box 978**<br>**Winona, MN 55987** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $275.11 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Warehouse Parts** | |
| | Last 4 digits of account number **1089** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Husch & Husch, Inc.**<br>**PO Box 160**<br>**Harrah, WA 98933** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $219.50 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Agriculture Spray** | |
| | Last 4 digits of account number **2025** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Ideal Lumber & Hardware Inc**<br>**PO Box 249**<br>**Toppenish, WA 98948** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42.34 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Warehouse Parts** | |
| | Last 4 digits of account number **5921** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>**ITC Services**<br>**4172 N. Frontage Road E.**<br>**Moses Lake, WA 98837** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Alfalfa Supplies - Notice Only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Lad Irrigation Company**<br>**P.O. Box 880**<br>**Moses Lake, WA 98837** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,413.57 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Irrigation Parts** | |
| | Last 4 digits of account number **3365** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Mid Columbia Veterinary Clinic**<br>**417 E Broadway Street**<br>**Goldendale, WA 98620** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $74.80 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Veterinary Services** | |
| | Last 4 digits of account number **3786** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**NC Filter Corporation**<br>**Attn:  Bobby Johnson**<br>**P.O. Box 498**<br>**Black Creek, NC 27813** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $49,108.49 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Raw Materials-Filters** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Office Solutions Northwest Inc.**<br>**PO Box 125**<br>**Yakima, WA 98907** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $582.90 |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: **Office Supplies** | |
| | Last 4 digits of account number **1492** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| Debtor | **King Mountain Tobacco Company, Inc.** | Case number (if known) | **20-01808** |

### 3.14 Rehn & Associates COBRA
PO Box 5433
Spokane, WA 99205

- As of the petition filing date, the claim is: Check all that apply.
  - ☐ Contingent
  - ☐ Unliquidated
  - ☐ Disputed
- Date(s) debt was incurred __
- Last 4 digits of account number **9902**
- Basis for the claim: **Notice Only**
- Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

### 3.15 Simplot Western Stockman's
304 Yakima Valley Hwy.
Sunnyside, WA 98944-5143

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- Date(s) debt was incurred __
- Last 4 digits of account number **1550**
- Basis for the claim: **Feed and Farm Supply**
- Is the claim subject to offset? ☑ No ☐ Yes

**$201.93**

### 3.16 Smoke-N-Gas
7453 Sunnyside Mabton Road
Mabton, WA 98935

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- Date(s) debt was incurred __
- Last 4 digits of account number __
- Basis for the claim: **Notice Only**
- Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

### 3.17 Tacoma Screw Product, Inc.
PO Box 35165
Seattle, WA 98124-5165

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- Date(s) debt was incurred __
- Last 4 digits of account number **3659**
- Basis for the claim: **Equipment Parts**
- Is the claim subject to offset? ☑ No ☐ Yes

**$51.28**

### 3.18 Taghleef Industries Inc.
500 Creek View Rd., Suite 301
Newark, DE 19711

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- Date(s) debt was incurred __
- Last 4 digits of account number **2020**
- Basis for the claim: **Freight**
- Is the claim subject to offset? ☑ No ☐ Yes

**$16,442.16**

### 3.19 Valley Septic Service
PO Box 10115
Yakima, WA 98909-1115

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- Date(s) debt was incurred __
- Last 4 digits of account number __
- Basis for the claim: **Professional Services**
- Is the claim subject to offset? ☑ No ☐ Yes

**$693.00**

### 3.20 Yakama Nation
PO Box 151
Toppenish, WA 98948

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- Date(s) debt was incurred __
- Last 4 digits of account number __
- Basis for the claim: **Notice Only**
- Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

### 3.21 Yakima Valley Transportation LLC
301 South 12th Avenue
Yakima, WA 98902

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- Date(s) debt was incurred __
- Last 4 digits of account number __
- Basis for the claim: **Shipping**
- Is the claim subject to offset? ☑ No ☐ Yes

**$5,600.00**

**Part 3:** List Others to Be Notified About Unsecured Claims

Debtor  **King Mountain Tobacco Company, Inc.**  Case number (if known) **20-01808**
        <sub>Name</sub>

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alliance One Specialty Prods., LLC**<br>2305 Baldree Road<br>Wilson, NC 27893-9518 | Line **3.1**<br>☐ Not listed. Explain ____ | **9419** |
| 4.2 | **Aramark Uniform Services**<br>1101 Market Street<br>Philadelphia, PA 19107 | Line **3.2**<br>☐ Not listed. Explain ____ | **3368** |
| 4.3 | **Commercial Tire, Inc.**<br>2095 E. Commercial Street<br>Meridian, ID 83642 | Line **3.5**<br>☐ Not listed. Explain ____ | **5102** |
| 4.4 | **Fastenal**<br>2001 Theurer Blvd.<br>Winona, MN 55987 | Line **3.6**<br>☐ Not listed. Explain ____ | **1089** |
| 4.5 | **Simplot Western Stockman's**<br>PO Box 35143<br>Seattle, WA 98124-5143 | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Taghleef Industries Inc.**<br>PO Box 21212<br>New York, NY 10087-1212 | Line **3.18**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 83,536.44 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 83,536.44 |

THE PARTIES THAT WE ARE ADDING TO THE MATRIX ARE:

Coleman Oil Company
P.O. Box 1308
Lewiston, ID 83501-1308

Mid Columbia Veterinary Clinic
417 E. Broadway Street
Goldendale, WA 98620

Simplot Western Stockman's
304 Yakima Valley Hwy.
Sunnyside, WA 98944-5143

Taghleef Industries, Inc.
500 Creek View Rd., Suite 301
Newark, DE 19711