**Fill in this information to identify the case and this filing:**

Debtor Name: KING MOUNTAIN TOBACCO COMPANY, INC.

United States Bankruptcy Court for the: EASTERN District of WA (State)

Case number (*If known*): 20-01808

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration___AMENDED TOP 20_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/23/2020  ✗ ___/s/ Truman J. Thompson_____
MM / DD / YYYY       Signature of individual signing on behalf of debtor

    Truman J. Thompson
    Printed name

    Vice President and Chief Executive Officer
    Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: King Mountain Tobacco Company, Inc.
United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON
Case number (if known): 20-01808

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alliance One Specialty Prods., LLC<br>PO Box 1929<br>Wilson, NC 27894-1929 | Sharon Price<br><br>sprice@aointl.com<br>Fax: (252) 291-2307 | Processed Tobacco | | | | $2,160.00 |
| BIA/NIIMS<br>13922 Denver West Pkwy<br>Lakewood, CO 80401 | Lance<br><br>Fax: 509-877-3478<br>509-877-3155 | Lease Expense | | | | $5,571.66 |
| Coleman Oil Company<br>PO Box 1308<br>Lewiston, ID 83501-1308 | Ian Coleman<br><br>ian@colemanoil.com<br>Fax: (208) 799-2008 | Automotive and Petroleum Products | | | | $1,515.03 |
| Commercial Tire, Inc.<br>PO Box 970<br>Meridian, ID 83680 | yakima@commercialtire.com<br>Fax: (509) 457-6992 | Automotive Services | | | | $2,232.29 |
| Guardian Security<br>1743 First Avenue South<br>Seattle, WA 98134 | Josh Anderson<br><br>janderson@securitysecurity.com<br>509-453-4204 | Monitoring Fees | | | | $21,225.50 |
| H.B. Fuller<br>PO Box 842401<br>Boston, MA 02284-2401 | Ana Pinto<br><br>Fax: 651-355-9135<br>651-236-5948 | Raw Materials | | | | $5,972.79 |
| Heritage Bank<br>PO Box 1578<br>Olympia, WA 98507 | Terry Osman<br><br>Terry.Osman@HeritageBankNW.com<br>509-834-2704 | SBA Paycheck Protection Program loan | Contingent | | | $814,447.00 |

| Debtor | King Mountain Tobacco Company, Inc. | | Case number (if known) | 20-01808 | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service**<br>P.O. Box 9941, Stop 6552<br>Ogden, UT 84409-0941 | (800) 829-0115 | **Federal Income Taxes, Federal Unemployment Taxes, FICA and Federal Withholdings, and Civil Penalties** | | | | $483,527.08 |
| **Lad Irrigation Company**<br>P.O. Box 880<br>Moses Lake, WA 98837 | Casey Gubler<br><br>cgubler@ladirrigation.com<br>Fax: (509) 765-6618 | **Irrigation Parts** | | | | $3,413.57 |
| **NC Filter Corporation**<br>Attn: Bobby Johnson<br>P.O. Box 498<br>Black Creek, NC 27813 | Attn: Bobby Johnson<br><br>bjohnson@tobaccorag.com<br>252-237-8180 | **Raw Materials-Filters** | | | | $49,108.49 |
| **Oak Harbor Freight Lines, Inc.**<br>PO Box 1469<br>Auburn, WA 98071-1469 | AR@oakh.com<br>(800) 858-8815 | **Shipping** | | | | $4,533.10 |
| **Office Solutions Northwest Inc.**<br>PO Box 125<br>Yakima, WA 98907 | alexm@whobest.com<br>509-453-7181 | **Office Supplies** | | | | $582.90 |
| **State of Indiana Office of the Attorney General**<br>302 W. Washington St., 5th Fl.<br>Indianapolis, IN 46204 | Fax: (317) 232-6201<br>Ph: (317) 232-7979 | **Settlement Agreement with State of Indiana re Case No. 49D10-1211-MI-044539, Marion County Superior Court** | | | | $3,506,121.00 |
| **State of South Carolina Office of the Attorney General**<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | Johnathan B. Williams<br><br>Fax: (803) 734-3677<br>Ph: (803) 734-3970 | **Settlement Agreement with State of South Carolina re Case No. 2011-CP-40-5065, Richland County Court of Common Pleas** | | | | $2,520,567.98 |
| **Taghleef Industries Inc.**<br>500 Creek View Rd., Suite 301<br>Newark, DE 19711 | Rhonda Haman<br><br>rhonda.haman@tifilms.com<br>Fax: (302) 326-5508 | **Freight** | | | | $16,442.16 |

| Debtor | King Mountain Tobacco Company, Inc. | | Case number (if known) | 20-01808 | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Dep't of Agriculture<br>2323 E. Bannister Rd.<br>Kansas City, MO 64131 | (202) 720-2791 | Interim Payment Plan Agreement re Judgment in U.S. District Court, E.D. Wash. | | | | $5,614,567.20 |
| U.S. Food and Drug Administration<br>P.O. Box 979107<br>Saint Louis, MO 63197-9000 | ctpexecsec@fda.hhs.gov<br>(877) 287-1373 | Repayment Agreement re Tobacco User Fees | | | | $2,944,907.48 |
| Valley Septic Service<br>PO Box 10115<br>Yakima, WA 98909-1115 | Lance Wright<br><br>valleyseptic@valley-septic.com<br>Phone: (509) 248-6810 | Professional Services | | | | $693.00 |
| Yakama Nation Land Enterprise<br>282 Buster Road<br>Toppenish, WA 98948 | Kristin Sampson<br><br>Kristin@ynle.com<br>(509) 865-5121 | Lease Expense | | | | $176,659.00 |
| Yakima Valley Transportation LLC<br>301 South 12th Avenue<br>Yakima, WA 98902 | Tony Serrano<br><br>tony@yvtllc.com<br>Fax: (509) 628-5201 | Shipping | | | | $5,600.00 |