# EXHIBIT A

## King Mountain Tobacco
## Five Year Cash Projection
## 2021 to 2025

|  | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---:|---:|---:|---:|---:|
| **Beginning Cash Balance** | $ 1,950,000 | $ 1,865,000 | $ 2,027,000 | $ 2,555,000 | $ 3,236,000 |
| **Cash Receipts** | | | | | |
| Tobacco Sales | 31,500,000 | 31,973,000 | 32,453,000 | 32,940,000 | 33,434,000 |
| Farming Income | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 |
| Investment Income (Escrow Accounts) | 360,000 | 360,000 | 360,000 | 360,000 | 360,000 |
| **Total Cash Receipts** | 32,260,000 | 32,733,000 | 33,213,000 | 33,700,000 | 34,194,000 |
| **Operating Disbursements** | | | | | |
| Processed Tobacco | 1,463,000 | 1,540,000 | 1,586,000 | 1,634,000 | 1,683,000 |
| Packaging | 450,000 | 473,000 | 497,000 | 522,000 | 548,000 |
| Raw Materials | 800,000 | 840,000 | 882,000 | 926,000 | 972,000 |
| Shipping | 350,000 | 357,000 | 364,000 | 371,000 | 378,000 |
| Payroll Expense (Wages & FICA) | 3,900,000 | 3,998,000 | 4,098,000 | 4,200,000 | 4,305,000 |
| L&I (Quarterly) | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 |
| Employee Benefits | 690,000 | 725,000 | 761,000 | 799,000 | 839,000 |
| General Insurance | 700,000 | 735,000 | 772,000 | 811,000 | 852,000 |
| Bond Insurance | 60,000 | 63,000 | 66,000 | 69,000 | 72,000 |
| Professional Fund | 900,000 | 900,000 | 500,000 | 300,000 | 200,000 |
| Travel Expense | 85,000 | 88,000 | 91,000 | 94,000 | 97,000 |
| Rent Expense | 160,000 | 165,000 | 170,000 | 175,000 | 180,000 |
| Supplies & Other Operating Expense | 600,000 | 630,000 | 662,000 | 695,000 | 730,000 |
| Repairs & Maintenance | 500,000 | 515,000 | 530,000 | 546,000 | 562,000 |
| Land Lease Payments | 185,000 | 191,000 | 197,000 | 203,000 | 209,000 |
| Irrigation (O&M) payments | 425,000 | 438,000 | 451,000 | 465,000 | 479,000 |
| Utilities | 250,000 | 263,000 | 276,000 | 290,000 | 305,000 |
| MSA Escrow Management Fees | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 |
| Fuel Expense | 150,000 | 158,000 | 166,000 | 174,000 | 183,000 |
| Federal Excise Taxes | 13,750,000 | 13,750,000 | 13,750,000 | 13,750,000 | 13,750,000 |
| MSA Quarterly Deposits | 3,050,000 | 3,149,000 | 3,251,000 | 3,357,000 | 3,466,000 |
| FDA Taxes (Quarterly) | 725,000 | 747,000 | 769,000 | 792,000 | 816,000 |
| Yakama Nation Cigarette Stamps | 810,000 | 810,000 | 810,000 | 810,000 | 810,000 |
| **Total Operating Disbursements** | 30,179,000 | 30,711,000 | 30,825,000 | 31,159,000 | 31,612,000 |
| **Plan Disbursements** | | | | | |
| Class 1: TTB | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 |
| Class 2: FIRST Insurance Funding | - | - | - | - | - |
| Class 3: State of Indiana | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 |
| Class 4: State of South Carolina | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 |
| Class 5: USDA | 360,000 | 360,000 | 360,000 | 360,000 | 360,000 |
| Class 6: FDA | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 |
| Class 7: Admin Convenience | 4,000 | - | - | - | - |
| Class 8: General Unsecured | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 |
| UST Quarterly Fees | 302,000 | - | - | - | - |
| **Total Plan Disbursements** | 2,166,000 | 1,860,000 | 1,860,000 | 1,860,000 | 1,860,000 |
| **Total Disbursements** | 32,345,000 | 32,571,000 | 32,685,000 | 33,019,000 | 33,472,000 |
| **Net Cash Flow** | (85,000) | 162,000 | 528,000 | 681,000 | 722,000 |
| **Ending Cash Balance** | $ 1,865,000 | $ 2,027,000 | $ 2,555,000 | $ 3,236,000 | $ 3,958,000 |

# EXHIBIT B

## King Mountain Tobacco
## Balance Sheets
### As of

| | 12/31/2019 | 12/31/2018 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash | $ 1,183,246 | $ 382,253 |
| Accounts Receivable | 1,169,358 | 1,699,526 |
| Inventory | 3,763,983 | 5,073,674 |
| Retainers/Deposits | 125,000 | 250,000 |
| Prepaid Expense | 620,078 | - |
| **Total Current Assets** | **6,861,664** | **7,405,453** |
| | | |
| **Long-Term Receivables** | | |
| Intercompany Receivables | 12,678,738 | 11,958,994 |
| Employee Receivables | 189,055 | 193,355 |
| Notes Receivable | - | - |
| **Total Long-Term Receivables** | **12,867,792** | **12,152,349** |
| | | |
| **Fixed Assets** | | |
| Land Improvements | - | - |
| Buildings | - | - |
| Equipment | 14,910,753 | 14,910,753 |
| Vehicles | 136,325 | 136,325 |
| Construction in Progress | 535,872 | 246,686 |
| Accumulated Depreciation | (10,739,631) | (9,768,111) |
| **Net Fixed Assets** | **4,843,318** | **5,525,653** |
| | | |
| **TOTAL ASSETS** | **$ 24,572,775** | **$ 25,083,454** |
| | | |
| **LIABILITIES & EQUITY** | | |
| **Current Liabilities** | | |
| DW Loan Payable | $ - | $ - |
| Accounts Payable | 1,170,731 | 628,784 |
| Current Reglatory Taxes Payable | 1,143,612 | 981,597 |
| Accrued Expenses | (2,836) | 3,117 |
| **Total Current Liabilities** | **2,311,507** | **1,613,499** |
| | | |
| **Long-Term Liabilities** | | |
| Intercompany Payables | 564,879 | 564,879 |
| Notes Payable | - | - |
| Reglatory Agencies Payable | 49,878,136 | 47,394,088 |
| **Total Long-Term Liabilities** | **50,443,015** | **47,958,967** |
| | | |
| **Total Liabilities** | **52,754,523** | **49,572,465** |
| | | |
| **Equity** | | |
| Common Stock & APIC | 6,229,992 | 6,229,992 |
| Retained Earnings | (34,411,740) | (30,719,004) |
| **Total Equity** | **(28,181,748)** | **(24,489,011)** |
| | | |
| **TOTAL LIABILITIES & EQUITY** | **$ 24,572,775** | **$ 25,083,454** |

**King Mountain Tobacco**
**Income Statement**
**For the Year Ended**

|  | **12/31/2019** |
|---|---:|
| **INCOME** | |
| Tobacco Sales | $ 29,979,789 |
| Farming Income | 349,896 |
| Consulting/Licensing/Contract Man | 21,514 |
| Sales Discounts | (405,184) |
| Total Income | 29,946,015 |
| | |
| **Cost of Goods Sold** | |
| Tobacco | 1,238,603 |
| Raw Materials | 1,014,071 |
| Direct Labor & Costs | 2,727,495 |
| Shipping | 314,384 |
| Growing Expense | 431,772 |
| Change in Inventory | 1,309,691 |
| Excise Taxes | 21,832,433 |
| Total COGS | 28,868,449 |
| | |
| **Gross Profit** | **1,077,566** |
| | |
| **OPERATING EXPENSES** | |
| Wages & Benefits | 4,350,768 |
| Professional Fees | 1,080,129 |
| Rent Expense | 394,052 |
| Repairs & Maintenance | 1,304,764 |
| Insurance | 639,879 |
| Operations | 398,997 |
| Fuel Expense | 156,323 |
| Depreciation Expense | 971,520 |
| Travel Expense | 304,492 |
| Irrigation Expense | 425,647 |
| Utilities | 222,410 |
| Advertising | 121,964 |
| Direct Costs Allocated to COGS | (2,727,495) |
| Capitalized Expenses | - |
| Total Operating Expense | 7,643,451 |
| | |
| **Net Ordinary Income** | **(6,565,885)** |
| | |
| **OTHER INCOME (EXPENSE)** | |
| Interest Income | 1,647,954 |
| Miscellaneous Income | 1,414,688 |
| Bad Debt | - |
| Interest Expense | (189,494) |
| Inventory Adjustment | - |
| Gain/Loss Sale of Assets | - |
| Other Nonoperating Expenses | - |
| Net Other Income (Expense) | 2,873,149 |
| | |
| **Net Income** | **$ (3,692,737)** |

# King Mountain Tobacco
## Balance Sheets
### As Of

|  | 12/31/2019 | 12/31/2018 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash | $ 1,183,246.07 | $ 382,252.98 |
| Accounts Receivable | 1,169,357.60 | 1,699,526.02 |
| Wheeler Tobacco Inventory | 1,933,139.26 | 2,599,614.42 |
| Processed Tobacco Inventory | 92,912.16 | 159,362.34 |
| Packing/Supplies Inventory | 405,760.58 | 504,442.61 |
| Cigarette Inventory | 1,326,497.02 | 1,805,420.37 |
| RYO Inventory | 5,673.65 | 4,833.84 |
| Retainers/Deposits | 125,000.00 | 250,000.00 |
| Prepaid Expense | 620,078.02 | - |
| **Total Current Assets** | **6,861,664.36** | **7,405,452.58** |
| | | |
| **Long-Term Receivables** | | |
| Farming Receivable | - | - |
| Mt. Tobacco Receivable | 4,760,351.18 | 4,705,351.18 |
| Logging Receivable | 4,245,580.95 | 4,245,580.95 |
| Rock Pit Receivable | 1,521,198.38 | 1,521,198.38 |
| Cattle Receivable | 1,636,820.46 | 972,077.23 |
| Pawn Stars Receivable | 282,993.20 | 282,993.20 |
| WFD Receivable | 249,999.72 | 249,999.72 |
| Neon Native Receivable | - | - |
| SNG Receivable | (18,206.34) | (18,206.34) |
| Employee Receivable | 122,645.44 | 126,945.44 |
| Kamiakin Wheeler Receivable | 66,409.09 | 66,409.09 |
| Federal Gov Receivable | - | - |
| Notes Receivable | - | - |
| Officer Loan Receivable | - | - |
| **Total Long-Term Receivables** | **12,867,792.08** | **12,152,348.85** |
| | | |
| **Fixed Assets** | | |
| Land Improvements | - | - |
| Buildings | - | - |
| Threshing & Blending Lines | - | - |
| Boiler | 560,825.00 | 560,825.00 |
| Equipment | 4,909,051.04 | 4,909,051.04 |
| Farm Equipment | - | - |
| Furniture & Fixtures | 39,466.20 | 39,466.20 |
| Vehicles | 136,324.53 | 136,324.53 |
| Computers & Software | 13,300.00 | 13,300.00 |
| Greenhouses - Farm | 1,096,557.15 | 1,096,557.15 |
| Burley Barns - Farm | 927,635.19 | 927,635.19 |
| Equipment - Farm | 2,400,902.76 | 2,400,902.76 |
| Kilns - Farm | 1,744,058.32 | 1,744,058.32 |
| Other Improvements - Farm | 738,162.98 | 738,162.98 |
| Irrigation - Farm | 2,480,794.17 | 2,480,794.17 |
| Contruction in Progress | 535,871.67 | 246,686.25 |
| Accumulated Depreciation | (4,362,870.87) | (4,128,935.01) |
| Accumulated Depreciation - Farm | (6,376,759.99) | (5,639,176.07) |
| **Net Fixed Assets** | **4,843,318.15** | **5,525,652.51** |
| | | |
| **TOTAL ASSETS** | **$ 24,572,774.59** | **$ 25,083,453.94** |

**King Mountain Tobacco**
**Balance Sheets**
**As Of**

|  | 12/31/2019 | 12/31/2018 |
|---|---:|---:|
| **LIABILITIES & EQUITY** | | |
| **Current Liabilities** | | |
| Accounts Payable | $ 1,170,731.23 | $ 628,784.32 |
| Payroll Liabilities | (2,836.16) | 3,117.47 |
| Short-Term TTB Payable | 437,736.34 | 419,688.25 |
| Short-Term MSA Payable | 523,881.76 | 561,908.71 |
| Short-Term FDA Tax Payable | 181,994.04 | - |
| Other Short-Term Payables | - | - |
| **Total Current Liabilities** | **2,311,507.21** | **1,613,498.75** |
| | | |
| **Long-Term Liabilities** | | |
| DW Loan Payable | - | - |
| WKK Payable | 564,878.93 | 564,878.93 |
| USDA Note Payable | - | - |
| ATTTB Payable | 34,328,934.86 | 35,743,623.12 |
| USDA Payable | 5,878,510.61 | 1,054,702.65 |
| FDA Payable | 3,284,001.93 | 3,669,072.93 |
| MSA SC Payable | 2,600,567.98 | 2,720,567.98 |
| MSA IN Payable | 3,786,121.00 | 4,206,121.00 |
| **Total Long-Term Liabilities** | **50,443,015.31** | **47,958,966.61** |
| | | |
| **Total Liabilities** | **52,754,522.52** | **49,572,465.36** |
| | | |
| **Equity** | | |
| Common Stock | 1,000.00 | 1,000.00 |
| Additional Paid in Capital | 6,228,992.40 | 6,228,992.40 |
| Retained Earnings | (30,719,003.82) | (24,151,937.30) |
| Net Income | (3,692,736.51) | (6,567,066.52) |
| Dividends Paid | - | - |
| **Total Equity** | **(28,181,747.93)** | **(24,489,011.42)** |
| | | |
| **TOTAL LIABILITIES & EQUITY** | **$ 24,572,774.59** | **$ 25,083,453.94** |

**King Mountain Tobacco**
**Income Statement**
**For the Year Ended**

|  | **12/31/2019** |
|---|---:|
| **INCOME** | |
| Cigarette Sales | $ 29,729,225.00 |
| RYO Sales | 79,480.40 |
| Farming Income | 349,895.70 |
| Consulting/Licensing/Contract Man | 21,514.00 |
| Other Income | 171,083.47 |
| Sales Discounts | (405,183.93) |
| Total Income | 29,946,014.64 |
| | |
| **COGS - TOBACCO PRODUCTS** | |
| Tobacco | 1,238,603.16 |
| Packaging & Raw Materials | 1,014,070.91 |
| Direct Labor, Taxes & Benefits | 1,405,096.82 |
| Direct Costs | 1,322,398.56 |
| COGS - Cigarettes | - |
| COGS - RYO | - |
| Shipping Expense | 314,384.49 |
| Change in Inventory | 1,309,690.91 |
| Total COGS - TP | 6,604,244.85 |
| | |
| **COGS - FARMING** | |
| Alfalfa Direct Expense | 513,628.16 |
| Corn Direct Expense | (103,044.48) |
| Wheat Direct Expense | - |
| Tobacco Growing, Curing & Harvest | 21,187.92 |
| Total COGS - Farming | 431,771.60 |
| | |
| **TAXES** | |
| ATTTB Excise Tax Expense | 18,071,591.61 |
| MSA Tax Expense | 2,361,204.84 |
| FDA Tax Expense | 642,136.14 |
| Tribal Tax Expense | 757,500.00 |
| Total Tax Expense | 21,832,432.59 |
| | |
| **Gross Profit** | **1,077,565.60** |

## King Mountain Tobacco
## Income Statement
## For the Year Ended

|  | 12/31/2019 |
|---|---:|
| **OPERATING EXPENSE (Tobacco Products)** | |
| Advertising Expense | 399.00 |
| Auto Insurance | 27,841.58 |
| Bank & Finance Charges | 4,985.43 |
| Blending Line Expense | - |
| Boiler Expense | - |
| Business License & Fees Expense | 10,274.50 |
| Consulting Expense | 196,072.25 |
| Contract Labor Expense | 450,000.00 |
| Contributions Expense | 61,336.04 |
| Depreciation Expense | 233,935.86 |
| Drug Testing Expense | 5,256.38 |
| Dues & Subscriptions Expense | 870.00 |
| Employee Benefits Expense | 28,572.72 |
| General Liability & Bond Insurance | 59,313.48 |
| Internet & Website Expense | 15,744.49 |
| Lease Expense | 3,477.18 |
| Legal Fees | 597,960.26 |
| Meetings Expense | - |
| Miscellaneous Expense | 24,502.27 |
| Non-Sales - Travel and M&E Expense | 175,838.82 |
| Office Expense | 83,572.65 |
| Other Insurance Expense | 436,002.61 |
| Other Professional Fees | 286,096.11 |
| Promotional Expense | 121,565.25 |
| Property Taxes | - |
| R&D Expense | 34,805.00 |
| Building and Land Rent Expense | 761.34 |
| Repairs & Maintenance Expense | 750,708.06 |
| Safety & Security Expense | 21,806.37 |
| Sales - Travel and M&E Expense | 59,285.32 |
| Telephone Expense | 30,249.07 |
| Threshing Line Expense | - |
| Utilities Expense | 109,773.86 |
| Vehicle Expense | 69,367.87 |
| Wages - Admin | 823,307.90 |
| Wages - Sales | 208,800.30 |
| Wages - Security | 222,717.01 |
| Wages - Warehouse | 812,878.64 |
| Payroll Taxes | 225,165.60 |
| Medical Insurance Expense | 546,819.28 |
| Warehouse Supplies Expense | 31,123.32 |
| Workers Comp Insurance Expense | 123,452.00 |
| Direct Costs Allocated to COGS | (2,727,495.38) |
| Capitalized Expenses | - |
| Total Operating Expense (TP) | 4,167,142.44 |

**King Mountain Tobacco**
**Income Statement**
**For the Year Ended**

|  | **12/31/2019** |
|---|---:|
| **OPERATING EXPENSE (Farming & Cattle)** | |
| Farming Leasing Expense | 280,155.79 |
| Farming Equipment Rental | 109,658.13 |
| Farming Fuel Expense | 156,323.48 |
| Farming Other Expenses | 35,763.86 |
| Farming Property Insurance Expense | 41,995.40 |
| Farming Repairs & Maintenance | 554,055.67 |
| Farming Supplies Expense | 68,957.13 |
| Farming Utilities Expense | 82,387.29 |
| Farming Wages | 909,054.09 |
| Farming Workers Comp | - |
| Cattle Wages | - |
| Cattle Workers Comp | - |
| Farming Auto Insurance | 74,726.37 |
| O&M Expense (Water) | 425,647.17 |
| Depreciation Expense - Farm | 737,583.92 |
| Transferred Farming Expense | - |
| Transferred Wages & PR Taxes | - |
| Total Operating Expense (Farming) | 3,476,308.30 |
|  |  |
| Total Operating Expense | 7,643,450.74 |
|  |  |
| **Net Ordinary Income** | **(6,565,885.14)** |
|  |  |
| **OTHER INCOME (EXPENSE)** | |
| Interest Income | 1,647,954.42 |
| Miscellaneous Income | 1,414,688.26 |
| Bad Debt | - |
| Interest Expense | (189,494.05) |
| Inventory Adjustment | - |
| Gain/Loss Sale of Assets | - |
| Non-Operating Expense | - |
| Penalties | - |
| Suspense Account | - |
| Net Other Income (Expense) | 2,873,148.63 |
|  |  |
| **Net Income** | **$ (3,692,736.51)** |

# King Mountain Tobacco
## Statement of Cash Flows
### For the Year Ended

| | 12/31/2019 |
|---|---:|
| **Cash Flows from Operating Activities** | |
| Cash received from customers | $ 30,476,183.06 |
| Cash paid to suppliers | (9,149,464.07) |
| Cigarette taxes paid | (19,186,368.71) |
| Cash paid to employees | (3,203,577.17) |
| Interest Income | 1,647,954.42 |
| Other cash received | 1,414,688.26 |
| Other cash paid | - |
| Interest Expense | (189,494.05) |
| **Net cash from Operations** | **1,809,921.74** |
| | |
| **Cash Flows from Investing Activities** | |
| Purchase of property, plant & equipment | (289,185.42) |
| Proceeds from the sale of PP&E | - |
| (Increase) Decrease in Office Loan Receivable | - |
| (Increase) Decrease in intercompany receivable | (719,743.23) |
| Net cash from Investing | **(1,008,928.65)** |
| | |
| **Cash Flows from Financing Activities** | |
| Owner Distibutions | - |
| Increase (Decrease) in intercompany payables | - |
| Payments on Long-term Debt | - |
| **Net cash from Financing** | **-** |
| | |
| **Net Increase (Decrease) in cash** | **800,993.09** |
| Cash, Beginning of Period | 382,252.98 |
| **Cash, End of Period** | **$ 1,183,246.07** |

**Reconciliation of net income to net cash provided by Operations**

| | |
|---|---:|
| Net Income | $ (3,692,736.51) |
| Depreciation Expense | 971,519.78 |
| Bad Debt Expense | - |
| Lease Expense recorded to Officer Loan | - |
| Inventory Adjustment | - |
| Non-Cash Lease Expense | - |
| (Gain) Loss on Sale of Fixed Assets | - |
| (Increase) Decrease in Accounts Receivable | 530,168.42 |
| (Increase) Decrease in Inventory | 1,309,690.91 |
| (Increase) Decrease in Retainers/Deposits | 125,000.00 |
| (Increase) Decrease in Prepaid Expense | (620,078.02) |
| (Increase) Decrease in Employee Receivable | 4,300.00 |
| Increase (Decrease) in Accounts Payable | 541,946.91 |
| Increase (Decrease) in Payroll Liabilities | (5,953.63) |
| Increase (Decrease) in Taxes Payable | 2,646,063.88 |
| **Net Cash from Operations** | **$ 1,809,921.74** |

# EXHIBIT C

**King Mountain Tobacco**
**Balance Sheets**
**As of**

| | 12/31/2018 | 12/31/2017 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash | $ 382,253 | $ 1,533,448 |
| Accounts Receivable | 1,699,526 | 1,502,685 |
| Inventory | 5,073,674 | 4,418,150 |
| Retainers/Deposits | 250,000 | - |
| Prepaid Expense | - | - |
| **Total Current Assets** | 7,405,452.58 | 7,454,282.33 |
| | | |
| **Long-Term Receivables** | | |
| Intercompany Receivables | 11,958,994 | 11,583,422 |
| Employee Receivables | 193,355 | 200,262 |
| Notes Receivable | - | 948,722 |
| **Total Long-Term Receivables** | 12,152,348.85 | 12,732,405.48 |
| | | |
| **Fixed Assets** | | |
| Land Improvements | - | - |
| Buildings | - | - |
| Equipment | 14,910,753 | 17,382,643 |
| Vehicles | 136,325 | 760,672 |
| Construction in Progress | 246,686 | 200,000 |
| Accumulated Depreciation | (9,768,111) | (9,946,230) |
| **Net Fixed Assets** | 5,525,653 | 8,397,084 |
| | | |
| **TOTAL ASSETS** | $ 25,083,454 | $ 28,583,772 |
| | | |
| **LIABILITIES & EQUITY** | | |
| **Current Liabilities** | | |
| DW Loan Payable | $ - | $ - |
| Accounts Payable | 628,784 | 831,402 |
| Current Reglatory Taxes Payable | 981,597 | 1,242,759 |
| Accrued Expenses | 3,117 | 3,132 |
| **Total Current Liabilities** | 1,613,499 | 2,077,293 |
| | | |
| **Long-Term Liabilities** | | |
| Intercompany Payables | 564,879 | 564,879 |
| Notes Payable | - | - |
| Reglatory Agencies Payable | 47,394,088 | 45,289,823 |
| **Total Long-Term Liabilities** | 47,958,967 | 45,854,702 |
| | | |
| **Total Liabilities** | 49,572,465 | 47,931,995 |
| | | |
| **Equity** | | |
| Common Stock & APIC | 6,229,992 | 4,803,714 |
| Retained Earnings | (30,719,004) | (24,151,937) |
| **Total Equity** | (24,489,011) | (19,348,223) |
| | | |
| **TOTAL LIABILITIES & EQUITY** | 25,083,454 | 28,583,772 |

**King Mountain Tobacco**
**Income Statement**
**For the Year Ended**

|  | 12/31/2018 |
|---|---:|
| **INCOME** | |
| Tobacco Sales | $ 30,654,598 |
| Farming Income | - |
| Consulting/Licensing/Contract Man | 1,109,282 |
| Sales Discounts | (362,092) |
| Total Income | 31,401,787 |
| | |
| **Cost of Goods Sold** | |
| Tobacco | 1,880,877 |
| Raw Materials | 1,372,093 |
| Direct Labor & Costs | 1,056,186 |
| Shipping | 404,305 |
| Growing Expense | 338,701 |
| Change in Inventory | 705,188 |
| Excise Taxes | 20,639,030 |
| Total COGS | 26,396,380 |
| | |
| **Gross Profit** | **5,005,407** |
| | |
| **OPERATING EXPENSES** | |
| Wages & Benefits | 3,971,697 |
| Professional Fees | 1,732,534 |
| Rent Expense | 3,581,749 |
| Repairs & Maintenance | 393,465 |
| Insurance | 713,354 |
| Operations | 587,935 |
| Fuel Expense | 119,935 |
| Depreciation Expense | 1,304,687 |
| Travel Expense | 283,720 |
| Irrigation Expense | 336,697 |
| Utilities | 183,753 |
| Advertising | 134,913 |
| Direct Costs Allocated to COGS | (1,056,186) |
| Capitalized Expenses | - |
| Total Operating Expense | 12,288,252 |
| | |
| **Net Ordinary Income** | **(7,282,845)** |
| | |
| **OTHER INCOME (EXPENSE)** | |
| Interest Income | 838,812 |
| Miscellaneous Income | 15 |
| Bad Debt | 55,157 |
| Interest Expense | (55,736) |
| Inventory Adjustment | 1,721,704 |
| Gain/Loss Sale of Assets | (1,844,174) |
| Other Nonoperating Expenses | - |
| Net Other Income (Expense) | 715,779 |
| | |
| **Net Income** | **$ (6,567,067)** |

## King Mountain Tobacco
## Balance Sheets
## As Of

|  | 12/31/2018 | 12/31/2017 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash | $ 382,252.98 | $ 1,533,447.64 |
| Accounts Receivable | 1,699,526.02 | 1,502,684.97 |
| Wheeler Tobacco Inventory | 2,599,614.42 | 2,443,583.96 |
| Processed Tobacco Inventory | 159,362.34 | 157,993.00 |
| Packing/Supplies Inventory | 504,442.61 | 504,303.49 |
| Cigarette Inventory | 1,805,420.37 | 1,306,653.84 |
| RYO Inventory | 4,833.84 | 5,615.43 |
| Retainers/Deposits | 250,000.00 | - |
| Prepaid Expense | - | - |
| **Total Current Assets** | **7,405,452.58** | **7,454,282.33** |
| | | |
| **Long-Term Receivables** | | |
| Farming Receivable | - | - |
| Mt. Tobacco Receivable | 4,705,351.18 | 4,647,003.38 |
| Logging Receivable | 4,245,580.95 | 4,200,154.04 |
| Rock Pit Receivable | 1,521,198.38 | 1,521,198.38 |
| Cattle Receivable | 972,077.23 | 646,314.06 |
| Pawn Stars Receivable | 282,993.20 | 282,993.20 |
| WFD Receivable | 249,999.72 | 249,999.72 |
| Neon Native Receivable | - | 53,965.41 |
| SNG Receivable | (18,206.34) | (18,206.34) |
| Employee Receivable | 126,945.44 | 133,852.94 |
| Kamiakin Wheeler Receivable | 66,409.09 | 66,409.09 |
| Federal Gov Receivable | - | - |
| Notes Receivable | - | - |
| Officer Loan Receivable | - | 948,721.60 |
| **Total Long-Term Receivables** | **12,152,348.85** | **12,732,405.48** |
| | | |
| **Fixed Assets** | | |
| Land Improvements | - | - |
| Buildings | - | - |
| Threshing & Blending Lines | - | 2,484,660.10 |
| Boiler | 560,825.00 | 560,825.00 |
| Equipment | 4,909,051.04 | 4,896,281.10 |
| Farm Equipment | - | - |
| Furniture & Fixtures | 39,466.20 | 39,466.20 |
| Vehicles | 136,324.53 | 760,671.63 |
| Computers & Software | 13,300.00 | 13,300.00 |
| Greenhouses - Farm | 1,096,557.15 | 1,096,557.15 |
| Burley Barns - Farm | 927,635.19 | 927,635.19 |
| Equipment - Farm | 2,400,902.76 | 2,400,902.76 |
| Kilns - Farm | 1,744,058.32 | 1,744,058.32 |
| Other Improvements - Farm | 738,162.98 | 738,162.98 |
| Irrigation - Farm | 2,480,794.17 | 2,480,794.17 |
| Contruction in Progress | 246,686.25 | 200,000.00 |
| Accumulated Depreciation | (4,128,935.01) | (5,173,012.89) |
| Accumulated Depreciation - Farm | (5,639,176.07) | (4,773,217.44) |
| **Net Fixed Assets** | **5,525,652.51** | **8,397,084.27** |
| | | |
| **TOTAL ASSETS** | **$ 25,083,453.94** | **$ 28,583,772.08** |

**King Mountain Tobacco**
**Balance Sheets**
**As Of**

|  | 12/31/2018 | 12/31/2017 |
|---|---:|---:|
| **LIABILITIES & EQUITY** | | |
| **Current Liabilities** | | |
| Accounts Payable | $ 628,784.32 | $ 831,402.10 |
| Payroll Liabilities | 3,117.47 | 3,132.47 |
| Short-Term TTB Payable | 419,688.25 | 466,686.49 |
| Short-Term MSA Payable | 561,908.71 | 575,759.91 |
| Short-Term FDA Tax Payable | - | 200,312.28 |
| Other Short-Term Payables | - | - |
| **Total Current Liabilities** | **1,613,498.75** | **2,077,293.25** |
| | | |
| **Long-Term Liabilities** | | |
| DW Loan Payable | - | - |
| WKK Payable | 564,878.93 | 564,878.93 |
| USDA Note Payable | - | 888,783.39 |
| ATTTB Payable | 35,743,623.12 | 35,743,623.12 |
| USDA Payable | 1,054,702.65 | 438,162.09 |
| FDA Payable | 3,669,072.93 | 822,565.62 |
| MSA SC Payable | 2,720,567.98 | 2,850,567.98 |
| MSA IN Payable | 4,206,121.00 | 4,546,121.00 |
| **Total Long-Term Liabilities** | **47,958,966.61** | **45,854,702.13** |
| | | |
| **Total Liabilities** | **49,572,465.36** | **47,931,995.38** |
| | | |
| **Equity** | | |
| Common Stock | 1,000.00 | 1,000.00 |
| Additional Paid in Capital | 6,228,992.40 | 4,802,714.00 |
| Retained Earnings | (24,151,937.30) | (16,451,132.04) |
| Net Income | (6,567,066.52) | (7,700,805.26) |
| Dividends Paid | - | - |
| **Total Equity** | **(24,489,011.42)** | **(19,348,223.30)** |
| | | |
| **TOTAL LIABILITIES & EQUITY** | **$ 25,083,453.94** | **$ 28,583,772.08** |

**King Mountain Tobacco**
**Income Statement**
**For the Year Ended**

|  | **12/31/2018** |
|---|---:|
| **INCOME** | |
| Cigarette Sales | $ 30,564,905.00 |
| RYO Sales | 89,417.60 |
| Farming Income | - |
| Consulting/Licensing/Contract Man | 1,109,282.00 |
| Other Income | 275.00 |
| Sales Discounts | (362,092.29) |
| Total Income | 31,401,787.31 |
| | |
| **COGS - TOBACCO PRODUCTS** | |
| Tobacco | 2,009,600.29 |
| Packaging & Raw Materials | 1,372,092.76 |
| Direct Labor, Taxes & Benefits | 510,721.62 |
| Direct Costs | 545,464.25 |
| COGS - Cigarettes | (130,035.69) |
| COGS - RYO | 1,312.10 |
| Shipping Expense | 404,305.43 |
| Change in Inventory | 705,188.09 |
| Total COGS - TP | 5,418,648.85 |
| | |
| **COGS - FARMING** | |
| Alfalfa Direct Expense | 35,410.05 |
| Corn Direct Expense | 247,093.57 |
| Wheat Direct Expense | 23,999.74 |
| Tobacco Growing, Curing & Harvest | 32,198.00 |
| Total COGS - Farming | 338,701.36 |
| | |
| **TAXES** | |
| ATTTB Excise Tax Expense | 13,513,342.99 |
| MSA Tax Expense | 2,262,167.77 |
| FDA Tax Expense | 3,986,019.44 |
| Tribal Tax Expense | 877,500.00 |
| Total Tax Expense | 20,639,030.20 |
| | |
| **Gross Profit** | **5,005,406.90** |

## King Mountain Tobacco
## Income Statement
## For the Year Ended

|  | 12/31/2018 |
|---|---:|
| **OPERATING EXPENSE (Tobacco Products)** | |
| Advertising Expense | 370.00 |
| Auto Insurance | 9,637.34 |
| Bank & Finance Charges | 2,452.22 |
| Blending Line Expense | - |
| Boiler Expense | 80.34 |
| Business License & Fees Expense | 7,807.00 |
| Consulting Expense | 142,788.21 |
| Contract Labor Expense | 336,750.00 |
| Contributions Expense | 32,904.76 |
| Depreciation Expense | 438,728.73 |
| Drug Testing Expense | 7,508.75 |
| Dues & Subscriptions Expense | 10,075.47 |
| Employee Benefits Expense | 29,805.08 |
| General Liability & Bond Insurance | 144,219.34 |
| Internet & Website Expense | 14,701.77 |
| Lease Expense | 90,761.16 |
| Legal Fees | 638,777.69 |
| Meetings Expense | - |
| Miscellaneous Expense | 126,563.80 |
| Non-Sales - Travel and M&E Expense | 153,248.95 |
| Office Expense | 83,123.35 |
| Other Insurance Expense | 463,636.11 |
| Other Professional Fees | 950,968.08 |
| Promotional Expense | 134,543.13 |
| Property Taxes | - |
| R&D Expense | 55,965.41 |
| Building and Land Rent Expense | 375,000.00 |
| Repairs & Maintenance Expense | 171,733.34 |
| Safety & Security Expense | 3,761.08 |
| Sales - Travel and M&E Expense | 114,720.52 |
| Telephone Expense | 46,399.23 |
| Threshing Line Expense | 194,331.54 |
| Utilities Expense | 68,696.30 |
| Vehicle Expense | 15,750.06 |
| Wages - Admin | 696,730.47 |
| Wages - Sales | 220,269.16 |
| Wages - Security | 207,828.77 |
| Wages - Warehouse | 832,295.38 |
| Payroll Taxes | 209,110.70 |
| Medical Insurance Expense | 521,710.55 |
| Warehouse Supplies Expense | 32,600.73 |
| Workers Comp Insurance Expense | 48,659.50 |
| Direct Costs Allocated to COGS | (1,056,185.87) |
| Capitalized Expenses | - |
| Total Operating Expense (TP) | 6,578,828.15 |

**King Mountain Tobacco**
**Income Statement**
**For the Year Ended**

|  | **12/31/2018** |
|---|---:|
| **OPERATING EXPENSE (Farming & Cattle)** | |
| Farming Leasing Expense | 3,085,322.72 |
| Farming Equipment Rental | 30,665.18 |
| Farming Fuel Expense | 119,934.77 |
| Farming Other Expenses | 1,090.32 |
| Farming Property Insurance Expense | 41,084.55 |
| Farming Repairs & Maintenance | 221,731.72 |
| Farming Supplies Expense | 14,968.16 |
| Farming Utilities Expense | 68,657.68 |
| Farming Wages | 813,632.98 |
| Farming Workers Comp | 54,904.00 |
| Cattle Wages | - |
| Cattle Workers Comp | - |
| Farming Auto Insurance | 54,776.34 |
| O&M Expense (Water) | 336,697.03 |
| Depreciation Expense - Farm | 865,958.63 |
| Transferred Farming Expense | - |
| Transferred Wages & PR Taxes | - |
| Total Operating Expense (Farming) | 5,709,424.08 |
| | |
| Total Operating Expense | 12,288,252.23 |
| | |
| **Net Ordinary Income** | **(7,282,845.33)** |
| | |
| **OTHER INCOME (EXPENSE)** | |
| Interest Income | 838,812.38 |
| Miscellaneous Income | 15.00 |
| Bad Debt | 55,156.90 |
| Interest Expense | (55,736.31) |
| Inventory Adjustment | 1,721,704.43 |
| Gain/Loss Sale of Assets | (1,844,173.59) |
| Non-Operating Expense | - |
| Penalties | - |
| Suspense Account | - |
| Net Other Income (Expense) | 715,778.81 |
| | |
| **Net Income** | **$ (6,567,066.52)** |

# King Mountain Tobacco
## Statement of Cash Flows
### For the Year Ended

|  | 12/31/2018 |
|---|---:|
| **Cash Flows from Operating Activities** | |
| Cash received from customers | $ 31,260,103.16 |
| Cash paid to suppliers | (10,772,484.83) |
| Cigarette taxes paid | (18,795,927.44) |
| Cash paid to employees | (2,972,974.96) |
| Interest Income | 838,812.38 |
| Other cash received | 15.00 |
| Other cash paid | - |
| Interest Expense | (55,736.31) |
| **Net cash from Operations** | **(498,193.00)** |
| | |
| **Cash Flows from Investing Activities** | |
| Purchase of property, plant & equipment | (277,429.19) |
| Proceeds from the sale of PP&E | - |
| (Increase) Decrease in Office Loan Receivable | - |
| (Increase) Decrease in intercompany receivable | (375,572.47) |
| **Net cash from Investing** | **(653,001.66)** |
| | |
| **Cash Flows from Financing Activities** | |
| Owner Distibutions | - |
| Increase (Decrease) in intercompany payables | - |
| Payments on Long-term Debt | - |
| **Net cash from Financing** | **-** |
| **Net Increase (Decrease) in cash** | **(1,151,194.66)** |
| Cash, Beginning of Period | 1,533,447.64 |
| **Cash, End of Period** | **$ 382,252.98** |

**Reconciliation of net income to net cash provided by Operations**

|  |  |
|---|---:|
| Net Income | $ (6,567,066.52) |
| Depreciation Expense | 1,304,687.36 |
| Bad Debt Expense | (55,156.90) |
| Lease Expense recorded to Officer Loan | - |
| Inventory Adjustment | (1,721,704.43) |
| Non-Cash Lease Expense | 2,375,000.00 |
| (Gain) Loss on Sale of Fixed Assets | 1,844,173.59 |
| (Increase) Decrease in Accounts Receivable | (141,684.15) |
| (Increase) Decrease in Inventory | 1,066,180.57 |
| (Increase) Decrease in Retainers/Deposits | (250,000.00) |
| (Increase) Decrease in Prepaid Expense | - |
| (Increase) Decrease in Employee Receivable | 6,907.50 |
| Increase (Decrease) in Accounts Payable | (202,617.78) |
| Increase (Decrease) in Payroll Liabilities | (15.00) |
| Increase (Decrease) in Taxes Payable | 1,843,102.76 |
| **Net Cash from Operations** | **$ (498,193.00)** |