# EXHIBIT A

| Vendor / Lessee | Term Remaining | Nature of Executory Contract or Unexpired Lease |
|---|---|---|
| Deere Credit, Inc. | 11/27/2021 | Equipment lease of John Deere 9570RX 4 Track Tractor S/N: 804183 |
| Englishman and Pannill, LLC | 6/12/2021 | Governmental securities consulting services |
| Guardian Security Systems, Inc. | 7/03/2022 | Cloud Services Contract for Eagle Eye CCTV cloud storage (KMT East Warehouse) |
| Guardian Security Systems, Inc. | 6/23/2023 | Cloud Services Contract for Brivo access control doors (KMT East Warehouse) |
| Guardian Security Systems, Inc. | Perpetual | Cloud Services Contract for DSC Neo Alarm system with UL station monitoring (KMT Main Warehouse) |
| Guardian Security Systems, Inc. | 6/23/2023 | Cloud Services Contract for Eagle Eye camera cloud storage (KMT Office lunch room) |
| Truist Bank | Perpetual | All Escrow Agreements re Settling States for whose funds are being escrowed pursuant to NPM Escrow Statutes |
| Robert Reis | 7/31/2025 | Mechanical Technician employment contract |
| Truman J. Thompson | 7/31/2025 | Chief Executive Officer & Chief Financial Officer employment contract |