JAMES L. DAY (WSBA #20474)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
Email: jday@bskd.com
Email: rkeeton@bskd.com

HONORABLE WHITMAN L. HOLT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>KING MOUNTAIN TOBACCO COMPANY, INC.,<br><br>Debtor. | No. 20-01808-WLH11<br><br>DEBTOR'S RESPONSE TO OBJECTIONS TO APPROVAL OF DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF REORGANIZATION |

King Mountain Tobacco Company, Inc. (the "Debtor"), files this reply to the objections filed to the *Disclosure Statement for Debtor's Plan of Reorganization* [ECF No. 155] (the "Original Disclosure Statement"). Objections (collectively, the "Objections") were filed by (i) the United States on behalf of the Department of the Treasury, Alcohol and Tobacco Tax and Trade Bureau [ECF No. 169]; (ii) the United States on behalf of the United States Department of Agriculture, Food and Drug Administration; Small Business Administration; and Bureau of Indian Affairs [ECF No. 174]; and (iii) the States of Indiana, South Carolina and New York [ECF No. 172] (collectively, the "Objecting Parties").

DEBTOR'S RESPONSE TO OBJECTIONS TO APPROVAL OF DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF REORGANIZATION – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb089101d4

20-01808-WLH11    Doc 184    Filed 02/08/21    Entered 02/08/21 10:02:30    Pg 1 of 2

The Objections raise largely overlapping concerns.  Even prior to the filing of the Objections, the Debtor through counsel had already had discussions with at least one of the Objecting Parties and had begun preparing an amended form of the Original Disclosure Statement to address these concerns.  After each of the Objections was filed, the Debtor through counsel had discussions with each of the Objecting Parties as their respective concerns.  Ultimately, the Debtor prepared redline versions of a First Amended Disclosure Statement and a First Amended Plan and on the afternoon of February 7 sent them to counsel for the Objecting Parties.  The Debtor anticipates that the amendments will be satisfactory or that any remaining concerns can be addressed prior to the February 9 hearing.[1]

DATED this 10th day of December, 2020.

BUSH KORNFELD LLP

By /s/ James L. Day
James L. Day, WSBA #20474
Richard B. Keeton, WSBA #51537
Attorneys for the Debtor-in-Possession

---

[1] The Debtor anticipates filing redline versions of the First Amended Disclosure Statement and First Amended Plan prior to the hearing.

DEBTOR'S RESPONSE TO OBJECTIONS TO APPROVAL OF DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF REORGANIZATION – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb089101d4

20-01808-WLH11    Doc 184    Filed 02/08/21    Entered 02/08/21 10:02:30    Pg 2 of 2